◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Greg Ruediger
c/o Troy University Dothan
500 University Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                   10/19/06

CLERK                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Pam Parris
c/o Troy University Dothan
500 University Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                       10/19/06
CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Nancy Miller

**SUMMONS IN A CIVIL ACTION**

V.

Houston County board of Education; et al.

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Sandra Jones
c/o Troy University Dothan
500 University Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        10/19/06

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Troy University Dothan
500 University Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              10/19/06

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-cv-940-WKW

TO: (Name and address of Defendant)

Stacy Ezell
c/o Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                  10/19/06
CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-cv-940-WKW

TO: (Name and address of Defendant)

Paul Strange
c/o Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 10/19/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Tim Ptichford
c/o Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_      10/19/06
CLERK                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-cv-940-WKW

TO: (Name and address of Defendant)

Riley Joe Andrews
2518 Westgate Parkway
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 10/19/06

# UNITED STATES DISTRICT COURT

District of _____ Alabama _____

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Kenneth Lord
103 Branchboro Court
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              10/19/06

CLERK                                           DATE

(By) DEPUTY CLERK

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1140 0001 9943 8402

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Kenneth Lord
Street, Apt. No.; or PO Box No.: 103 Branchboro Court
City, State, ZIP+4: Dothan, AL 36301

PS Form 3800, January 2001          See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Nancy Miller

V.

Houston County board of Education; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-940-WKW

TO: (Name and address of Defendant)

Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Winn Faulk
524 S. Union St.
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/19/06
CLERK                                               DATE

(By) DEPUTY CLERK