**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                   TELEPHONE (334) 954-3600

October 20, 2006

# NOTICE OF REASSIGNMENT

RE:   Nancy Miller v. Houston County Board of Education et al
       Civil Action No. 1:06cv00940-WKW

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 1:06cv00940-MEF. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk