**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAUL STRANGE BOE
c/o Houston Co.
404 W. Washington
Dothan, AL 36301

**COMPLETE THIS SECTION**

A. Received by (Please Print Clearly)  Alicia Parnell   B. Date
C. Signature   X Alicia Parnell   ☐ Agent  ☐ Addressee  ☐ Yes  ☐ No
D. Is delivery address different from item 1?
If YES, enter delivery address below:

Cv:06cv940
5+C

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7001 1140 0001 9943 8525

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tim Pitchford
c/o Houston Co BOE
404 W. Washington St
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Alicia Parnell   B. Date of Delivery 23OCT06

C. Signature  X Alicia Parnell
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1:06CV940
S+C
20

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7001 1140 0001 9943 8518

PS Form 3811, March 2001     Domestic Return Receipt     102595-01-M-1424

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STACY E Zell
c/o Houston Co. BOE
404 W. Washington St
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Alicia Parnell
B. Date of Delivery: 23 Oct 06
C. Signature: Alicia Parnell
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:06CV940
ste

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7001 1140 0001 9943 8433

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424