**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sandra Jones
    c/o Troy Univ. Dothan
    500 University Dr.
    Dothan, AL
    36303

2. Article Number (Transfer from service label): 7001 1140 0001 9943 8501

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): RICHARD KYNARD
B. Date of Delivery: 10/23/06
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
    If YES, enter delivery address below:

    1:06CV940
    SLC

3. Service Type:
    ☐ Certified Mail   ☐ Express Mail
    ☐ Registered       ☐ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Troy Univ, Dothan A
500 University Dr
Dothan, AL 36303

2. Article Number
(Transfer from service label)

7001 1140 0001 9943 8495

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Richard Kymid
B. Date of Delivery: 10/23/06
C. Signature: X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

1:06CV940
S&C
20

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): RICHARD BAUGH  B. Date of Delivery: 10/23/06<br>C. Signature: X [signature]  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>1:06CV940<br>JLC  (20) |
| 1. Article Addressed to:<br>Greg Ruediger<br>C/o Troy Univ. Dothan<br>500 University Dr<br>Dothan, AL 36303 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7001 1140 0001 9943 8426 | |
| PS Form 3811, March 2001  Domestic Return Receipt | 102595-01-M-1424 |

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Richard Kynard
B. Date of Delivery: 10/23/06
C. Signature: X /s/ Richard Kynard
   ☐ Agent
   ☐ Addressee

1. Article Addressed to:

   PAM PARRIS
   C/O TROY UNIV, DOTHAN
   500 UNIVERSITY DRIVE
   DOTHAN, AL 36303

D. Is delivery address different from item 1? 
   If YES, enter delivery address below:
   ☐ Yes  ☐ No

   1:06 CV 940
   JFC
   20

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0001 9943 8419

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riley Joe Andrews
2518 Westgate Pkwy
Dothan, AL 36303

2. Article Number (Transfer from service label)

7001 1140 0001 9943 8396

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Riley Andrews
B. Date of Delivery  10-20-06
C. Signature  X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

1:06CV940
S+C
(20)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes