**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HOUSTON C. BOE
   404 W, WASHINGTON ST.
   DOTHAN, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | Date of Delivery
Alicia Parnell  23c4 06

C. Signature
X  Alicia Parnell
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:04CV940
   S+C                                    20

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, March 2001         Domestic Return Receipt         102595-01-M-1424