IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANCY MILLER,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No.**1:06-cv-940-MEF** |
| | * | |
| | * | |
| **HOUSTON COUNTY BOARD OF** | * | **JURY DEMANDED** |
| **EDUCATION;** | * | |
| **KENNETH LORD;** | * | |
| **RILEY JOE ANDREWS;** | * | |
| **TIM PITCHFORD;** | * | |
| **PAUL STRANGE;** | * | |
| **STACY EZELL;** | * | |
| **TROY UNIVERSITY, DOTHAN;** | * | |
| **SANDRA JONES;** | * | |
| **PAM PARRIS;** | * | |
| **and** | * | |
| **GREG RUEDIGER,** | * | |
| | * | |
| DEFENDANTS. | * | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF

The Clerk is hereby notified to enter the appearance of Thomas K. Brantley, Jr., as additional counsel for Plaintiff.

I have executed this document with the express permission of Thomas K. Brantley, Jr., Esquire, by affixing his electronic signature.

        Respectfully submitted,


        _s/Winn Faulk_
        WINN FAULK (ASB-3091-L48W)
        Attorney for Plaintiffs

        FAULK & REED, L.L.P.
        524 South Union Street
        Montgomery, AL  36104
        (334) 834-2000 (phone)
        (334) 834-2088 (fax)
        winnfaulk@bellsouth.net


        _s/Thomas K. Brantley, Jr._
        THOMAS K. BRANTLEY, JR.
        (ASB-0595-E55T)
        Attorney for Plaintiff


        BRANTLEY & MCLENDON, L.L.C.
        401 North Foster Street
        Dothan AL 36303
        (334) 793-9009 (phone)
        (334) 793-2037
        brantleymcle@graceba.net


## **CERTIFICATE OF SERVICE**

As of the filing of this motion, defense attorneys are currently unknown to plaintiff's counsel.  Copies have been served by conventional means on the several defendants on the 26th day of October, 2006, as follows:

| | |
|---|---|
| Kenneth Lord | Houston County Board of Education |
| 103 Branchboro Court | 404 West Washington Street |
| Dothan, AL 36301 | Dothan, AL 36301 |

Greg Ruediger
c/o Troy University Dothan
500 University Drive
Dothan, AL 36303

Pam Parris
c/o Troy University Dothan
500 University Drive
Dothan, AL 36303

Sandra Jones
c/o Troy University Dothan
Dothan, AL 36303

Troy University Dothan
500 University Drive
Dothan, AL 36303

Stacy Ezell
c/o Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

Paul Strange
c/o Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

Tim Pitchford
c/o Houston County Board of Education
404 West Washington Street
 Dothan, AL 36301

Riley Joe Andrews
2518 Westgate Parkway
Dothan, AL 36303


s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs