IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| VS. | )    CASE NO. 1:06cv00940-MEF |
| | ) |
| HOUSTON COUNTY BOARD OF | ) |
| EDUCATION; | ) |
| KENNETH LORD; | ) |
| RILEY JOE ANDREWS; | ) |
| TIM PITCHFORD; | ) |
| PAUL STRANGE; | ) |
| STACY EZELL; | ) |
| TROY UNIVERSITY, DOTHAN; | ) |
| SANDRA JONES; | ) |
| PAM PARRIS; | ) |
| And | ) |
| GREG RUEDIGER, | ) |
| | ) |
|     DEFENDANTS. | ) |

**ENTRY OF APPEARANCE**

    Comes now Attorney Thomas K. Brantley and enters his appearance as co-counsel for the Plaintiff in this matter.

    Respectfully submitted,

    /s/ Thomas K. Brantley

    THOMAS K. BRANTLEY
    ATTORNEY FOR PLAINTIFF
    401 N. FOSTER STREET
    DOTHAN, AL 36303
    334-793-9009 (Phone)
    334-793-2037 (Fax)
    brantleymcle@graceba.net
    ASB-0595-E55T

CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon Winn Faulk     winnfaulk@bellsouth.net

                                         /s/ Thomas K. Brantley
                                         THOMAS K. BRANTLEY