```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| NANCY MILLER, | * |
| | * |
|    PLAINTIFF | * |
| | * |
| vs. | * |
| | *   CASE NO.1:06-CV-940-WKW |
| HOUSTON COUNTY BOARD OF | * |
| EDUCATION, KENNETH LORD, | * |
| RILEY JOE ANDREWS, TIM | * |
| PITCHFORD, PAUL STRANGE, | * |
| STACY EZELL, TROY | * |
| UNIVERSITY, DOTHAN, SANDRA | * |
| JONES, PAM PARRIS and | * |
| GREG RUEDIGER, | * |
| | * |
|    DEFENDANTS. | * |

## **MOTION TO STRIKE JURY DEMAND**

The Defendants, Houston County Board of Education HCBOE, former Superintendent Lord, Superintendent Pitchford, Riley Joe Andrews, Paul Strange, and Stacy Ezell, pursuant to Federal Rule of Civil Procedure 39(a), move this Honorable Court to strike the Plaintiff s demand for a jury with regards to the following claim:

    1. In the demand for judgment on Page 7 of the Complaint, Plaintiff asked for an order reinstating her position with the Houston County Board of Education, with all back pay and benefits under the contract signed and dated July 28, 2004.

The Plaintiff's Demand for a Jury on the issue mentioned above is contrary to the law in this area. These claims are equitable in nature, therefore they are not the proper subject of a jury trial. Reinstatement, back pay, and reimbursement for benefits are forms of equitable relief when sought under a Section 1983 action. *Sullivan v. School Bd. of Pinellas County*, 773 F.2d 1182, 1187 (11th Cir. 1985). The prayer for back pay is not a claim for damages, but is an integral part of the equitable remedy of injunctive reinstatement. *Harkless v. The Sweeny Independent School District*, 427 F.2d 319, 324 (5th Cir. 1970). Back pay is merely an element of the equitable remedy of reinstatement. *Id.*

The Plaintiff's jury demand was to all issues in the Complaint. With respect to the issues of reinstatement, back pay, and benefits, there is no right of trial by jury under the Constitution or Statutes of the United States. The Defendants move the Court to strike the Plaintiff's jury demand in whole or part.

```
                    HARDWICK, HAUSE, SEGREST & WALDING


                    BY: /s/ Jere C. Segrest
                        Jere C. Segrest (SEG005)
                        ASB-1759-S-80J
                        Attorney for Defendants
                        Post Office Box 1469
                        Dothan, Alabama 36302
                        Phone:  (334)794-4144
                        Fax:    (334)671-9330


                    BY: /s/ Kevin Walding
                        Kevin Walding (WAL036)
                        ASB-8121-I-69J
                        Attorney for Defendants
                        Post Office Box 1469
                        Dothan, Alabama 36302
                        Phone:   (334) 794-4144
                        Fax:     (334) 671-9330
```

CERTIFICATE OF SERVICE

   I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

```
Thomas K. Brantley, Esquire
BRANTLEY & AMASON
401 N. Foster Street
Dothan, Alabama 36303
```

This the 7th day of November, 2006.

      /s/ Jere C. Segrest
      Of Counsel