IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| vs. | )   Case No.:  1:06-cv-00940-MEF-DRB |
| | ) |
| HOUSTON COUNTY BOARD | ) |
| OF EDUCATION, KENNETH | ) |
| LORD, RILEY JOE ANDREWS, | ) |
| TIM PITCHFORD, PAUL | ) |
| STRANGE, STACY EZELL, | ) |
| TROY UNIVERSITY, DOTHAN, | ) |
| SANDRA JONES, PAM PARRIS | ) |
| and GREG RUEDIGER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COME NOW Mark S. Boardman and Katherine C. Hortberg of the law firm Boardman, Carr & Hutcheson, P.C. and enter their appearance as counsel for defendants Paul Strange and Stacy Ezell in the above referenced case.

/s/ *Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)

/s/ *Katherine C. Hortberg*
Katherine C. Hortberg (ASB-5374-B34K)
BOARDMAN, CARR, HUTCHESON, P.C.
400 Boardman Drive
Chelsea, AL 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this **13th** day of **November, 2006**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

Thomas Kirven Brantley Esq.
Brantley & Amason
401 North Foster Street
Dothan, Alabama 36303

Winn Faulk, Esq.
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

James K. Walding, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

Jere C. Segrest, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

Troy University Dothan
500 University Drive
Dothan, Alabama 36303

Sandra Jones
c/o Troy University, Dothan
500 University Drive
Dothan, Alabama 36303

Pam Parris
c/o Troy University, Dothan
500 University Drive
Dothan, Alabama 36303

Greg Ruediger
c/o Troy University, Dothan
500 University Drive
Dothan, Alabama 36303

*Katherine C. Hortberg*
Of Counsel