IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-940-MEF |
| ) | |
| HOUSTON COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Strike (Doc. #11) filed on November 7, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before November 30, 2006 as to why the motion should not be granted.

DONE this the 15th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE