IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANCY MILLER,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| | * | |
| **HOUSTON COUNTY BOARD OF** | * | **JURY DEMANDED** |
| **EDUCATION;** | * | |
| **KENNETH LORD;** | * | |
| **RILEY JOE ANDREWS;** | * | |
| **TIM PITCHFORD;** | * | |
| **PAUL STRANGE;** | * | |
| **STACY EZELL;** | * | |
| **TROY UNIVERSITY, DOTHAN;** | * | |
| **SANDRA JONES;** | * | |
| **PAM PARRIS;** | * | |
| **and** | * | |
| **GREG RUEDIGER,** | * | |
| | * | |
| DEFENDANTS. | * | |

## PLAINTIFF'S RESPONSE TO MOTION TO STRIKE JURY DEMAND

Comes now the Plaintiff, through counsel, and files the following in response to Defendants' motion to strike jury demand (Doc. 11) and this Court's Order to Show Cause (Doc. 18).

Plaintiff contends that the motion is completely unnecessary, inasmuch as everyone understands that the Court, and not the jury, will have jurisdiction to award any truly equitable relief to which the Plainitff may be entitled. Courts traditionally treated backpay as part of the remedy of reinstatement and in the nature of restitution, an equitable remedy; however, the trend, as detailed by the Eleventh Circuit has been in the

other direction. *See, Waldrop v. Southern Co. Services, Inc.,* 24 F.3d 152, at 157-158 (11th Cir. 1994).

Moreover, under the circumstances alleged in the complaint in the present case, it may be that the Court will find that reinstatement is not practicable, in which case what otherwise would have been an equitable award of backpay and benefits would, nevertheless, be recoverable as an element of compensatory damages for lost wages. Accordingly, at best, it would appear that the motion is premature, and this issue should be raised prior to submission to the case to the jury at the close of all the evidence. Indeed, the problem may simply be avoided altogether by not including the option of reinstatement on the verdict form given to the jury. If the Court thought it necessary, the verdict form could also be tailored to reveal whether the jury awarded lost wages and the value of lost benefits. Plaintiff acknowledges that she is not entitled to a jury verdict awarding reinstatement, as such, which is a matter for the Court. However, to the extent that such remedy may depend upon findings of disputed facts, she insists that she is entitled to a trial by jury as to such facts.

In light of the foregoing, Plaintiff prays that the motion be denied.

Respectfully submitted,

s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

          s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff

BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
brantleymcle@graceba.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding@graceba.net
Attorneys for Houston County BOE et al.
Hardwick, Hause, & Segrest
P.O. Box 1469
Dothan, AL  36302

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell
400 Boardman Drive
Chelsea, AL  35043

                                        s/Winn Faulk
                                        WINN FAULK (ASB-3091-L48W)
                                        Attorney for Plaintiff