```
        IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION
```

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF | * | |
| | * | |
| vs. | * | |
| | * | CASE NO.1:06-CV-940-WKW |
| HOUSTON COUNTY BOARD OF | * | |
| EDUCATION, KENNETH LORD, | * | |
| RILEY JOE ANDREWS, TIM | * | |
| PITCHFORD, PAUL STRANGE, | * | |
| STACY EZELL, TROY | * | |
| UNIVERSITY, DOTHAN, SANDRA | * | |
| JONES, PAM PARRIS and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

## PROPOSED DISCOVERY PLAN

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone conference between Winn Faulk and Tom Brantley, Counsel for the Plaintiff, and Jere C. Segrest, Kevin Walding and Patrick Moody, Counsel for the Defendants Houston County Board of Education, Kenneth Lord, Riley Joe Andrews, Tim Pitchford, Paul Strange and Stacy Ezell, Joe Musso, Counsel for Defendants Troy University, Sandra Jones, Pam Parris and Greg Ruediger, and Katherine Hortberg, Counsel for Defenants Paul Strange and Stacy Ezell.

2.  Pre-Discovery Disclosures. The parties will exchange by December 21, 2006 the information required by

Fed.R.Civ.P. 26(a)(1).

    3.    Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

        A.    Discovery will be needed on the following subjects:  Plaintiff's claims and Defendants' defenses;

        B.    All discovery shall be commenced in time to be completed by December 10, 2007;

        C.    A maximum of 25 interrogatories by each party to the other party;

        D.    A maximum of 25 requests for admissions by each party to the other party;

        E.    A maximum of 30 requests for production by each party to any other party;

        F.    A maximum of 20 depositions by Plaintiff and 20 depositions by each Defendant.

        G.    Reports from retained experts under Rule 26(a)(2) shall be due:

            From Plaintiff by September 10, 2007;

            From Defendants by October 15, 2007;

        H.    Supplementations under Rule 26(e) due 30 days after receipt of information.

    4.    Other items:

      A.   The parties do not request a conference with the Court before entry of the scheduling order.

      B.   The parties request a pretrial conference on February 4, 2008.

      C.   Plaintiff should be allowed until February 2, 2007 to join additional parties and to amend the pleadings.

      D.   Defendants should be allowed until March 5, 2007 to join additional parties and to amend the pleadings.

      E.   All potentially dispositive motions should be filed by November 5, 2007.  Settlement cannot be evaluated prior to the close of discovery.

      F.   Final lists of witnesses and exhibits shall be due 30 days before trial.

      G.   Parties shall have 15 days after service of final lists of witnesses and exhibits to list objections.

      H.   The case should be ready for trial by March 17, 2008 and at this time is expected to take approximately 4 days.

DATE: <u>December 4, 2006</u>

                      FAULK & REED, L.L.P.

                      BY: <u>    /s/ Winn Faulk        </u>
                            Winn FAulk (FAU004)
                            ASB-3091-L48W

BY: /s/ Thomas Brantley
Thomas Brantley ( )
ASB-

ATTORNEYS FOR PLAINTIFF

HARDWICK, HAUSE, SEGREST & WALDING

BY: /s/ Jere C. Segrest
Jere C. Segrest (SEG005)
ASB-1759-S-80J

BY: /s/ Kevin Walding
Kevin Walding (WAL036)
ASB-8121-I-69J

BY: /s/ Patrick Moody
Patrick Moody (MOO110)
ASB-0905-T-73M

ATTORNEYS FOR DEFENDANTS

BOARDMAN, CARR, WEED & HUTCHESON, P.C.

By: /s/ Katherine Hortberg
Katherine Hortberg (HOR036)
Asb-5374-B34K

OGLETREE, DEAKINS, NASH, SMOAKE & STEWART

By: /s/ Joe Musso
Joe Musso ( )
ASB-4825-O40J