IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NUMBER: 1:06-cv-940-WHN |
| | ) |
| HOUSTON COUNTY BOARD OF EDUCATION, KENNETH LORD, RILEY JOE ANDREWS, TIM PITCHFORD, PAUL STRANGE, EZELL, TROY UNIVERSITY, DOTHAN, SANDRA JONES, PAM PARRIS and GREG RUEDIGER, | ) |
| | ) |
|    Defendants. | ) |

**FRCP RULE 37 MOTION TO COMPEL
BY DEFENDANTS TROY UNIVERSITY
DR. SANDRA JONES, PAM PARRISH, AND DR. RUEDIGER**

Pursuant to FRCP 37(a), Defendants Troy University, Dr. Sandra Jones, Pam Parrish, and Dr. Greg Ruediger (hereinafter "the Troy Defendants") respectfully move for an Order directing that Plaintiff Nancy Miller allow the Troy Defendants to take her deposition on a separate day from the deposition date set by the other six defendants. This motion is based on the following grounds:

1. Plaintiff has sued a total of ten (10) defendants in this case. Along with the Troy Defendants, plaintiff has sued the Houston County Board of Education, Kenneth Lord, Tim Pitchford, Riley Joe Andrews, Paul Strange, and Stacy Ezell. ("the Houston County Board Defendants")

2. All eight (8) of the individual defendants in the case are sued in their individual capacities.

3. Plaintiff brings a First Amendment Free Speech claim against all ten (10) defendants.

4. On June 19, 2007, the six (6) Houston County Board Defendants noticed Plaintiff's deposition for July 17, 2007, starting at 10 a.m. in Dothan, Alabama. (Tab A.)

5. On July 3, 2007, the four (4) Troy Defendants subsequently noticed plaintiff's deposition for a separate date, July 24, 2007, with an accompanying letter to all counsel stating if that date was not convenient, to contact the Troy Defendants' counsel to reschedule. (Tab B).

6. On July 11, 2007, counsel for the Plaintiff, Mr. Thomas K. Brantley, informed Joseph V. Musso, counsel for the Troy Defendants, that Plaintiff will not agree to a separate date for the Troy Defendants to take Plaintiff's deposition and that Plaintiff would only be put up one day for a deposition.

7. Plaintiff's First Amendment Free Speech Claim stems from her dismissal as a contract teacher from the Houston County Board of Education and her allegations that her rights were violated when she allegedly reported to the Defendants "various acts of malfeasance, misfeances and nonfeasance in violation of the laws and regulations governing the [Houston County Board of Education] special education program."

8. As the Complaint itself establishes and as the facts in the case currently exist, the Troy Defendants will have to ask Plaintiff in her deposition questions about numerous communications (verbal and written) Plaintiff had with the individual Troy Defendants and also non-party Troy University faculty members. The Troy Defendants will need a full day (their allotted seven hours) to ensure that they can cover that territory as well as other areas singularly important to the Troy Defendants.

9. While the Troy Defendants cannot speak for the amount of time the Houston County Defendants may need with regard to taking Plaintiff's deposition, because there are a

        total of six (6) Houston County Defendants and allegations regarding a number of conversations and correspondence among those separate parties, the Troy Defendants anticipate the Houston County Defendants needing a number of hours to complete their deposition of the Plaintiff and to cover territory singularly important to them.

10. The Troy Defendants therefore would be prejudiced it they were required to join the Houston County Defendants in deposing the Plaintiff in a single day.

11. It was Plaintiff's decision to bring this lawsuit against ten (10) parties and to sue eight (8) individuals in their individual capacities. Plaintiff therefore cannot complain if her decision results in her deposition taking two days.

12. The Troy Defendants have a due process right to defend themselves in this lawsuit. That is especially the case for the individual Troy Defendants: Dr. Jones, Ms. Parrish, and Dr. Ruediger, who are educators accused of violating Plaintiff's constitutional rights and who Plaintiff seeks to hold individually monetarily liable. Denial of an opportunity for the Troy Defendants adequately to depose the Plaintiff would violate their Fifth Amendment due process rights under the U.S. Constitution.

WHEREFORE, PREMISES CONSIDERED, Defendants Troy University, Dr. Sandra Jones, Pam Parrish, and Dr. Greg Ruediger respectfully move for an Order directing that Plaintiff Nancy Miller allow them to depose her on a day separate from the other six defendants.

### RULE 37(a)(2)(A) CERTIFICATION

Pursuant to Rule 37(a)(2)(A), Joseph V. Musso, counsel for the Troy Defendants, certifies that he has in good faith conferred with Plaintiff's counsel in an effort to secure Plaintiff's deposition for the Troy Defendants on a separate date without court action.

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Joseph V. Musso
Attorneys for Defendant
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile : (205) 328-6000
Email: joseph.musso@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley - brantleymcle@graceba.net
Brantley & Amason

Winn Faulk - winnfaulk@bellsouth.net
Faulk & Reed

James K. Walding - kwalding@graceba.net
Hardwick, Hause & Segrest

Jere C. Segrest - jerecs@aol.com
Hardwick Hause & Segrest

s/ Joseph V. Musso
OF COUNSEL

# *EXHIBIT A*

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NANCY MILLER,                      *
                                            *
    PLAINTIFF                 *
                                            *
vs.                                     *
                                            *   CASE NO.1:06-CV-940-WKW
HOUSTON COUNTY BOARD OF         *
EDUCATION, KENNETH LORD,        *
RILEY JOE ANDREWS, TIM           *
PITCHFORD, PAUL STRANGE,        *
STACY EZELL, TROY                 *
UNIVERSITY, DOTHAN, SANDRA     *
JONES, PAM PARRIS and             *
GREG RUEDIGER,                   *
                                            *
    DEFENDANTS.                 *

## DEPOSITION NOTICE

TO:   Winn Faulk                             Joseph Musso
        FAULK & REED                       James C. Pennington
        524 South Union Street       Peyton Lacy, Jr.
        Montgomery, Alabama 36104   OGLETREE, DEAKINS, NASH,
                                                       SMOAK & STEWART
        Thomas K. Brantley               One Federal Place
        401 N. Foster Street             Suite 1000
        Dothan, Alabama 36303           1819 5th Avenue North
                                                       Birmingham, Alabama 35203
        Katherine Hortberg
        BOARDMAN, CARR, WEED &
            HUTCHESON, P.C.
        400 Boardman Drive
        Chelsea, Alabama 35043-2811

DATE OF DEPOSITION:     July 17, 2007

TIME OF DEPOSITION:     10:00 A.M.

PLACE OF DEPOSITION:   **HARDWICK, HAUSE, SEGREST & WALDING**
**212 North Lena Street**
**Dothan, Alabama 36301**

PLEASE NOTE THAT, pursuant to Rule 30, Fed. R. Civ. P., the Defendants, Houston County Board of Education, Former Superintendent Lord, Superintendent Pitchford, Riley Joe Andrews, Paul Strange and Stacy Ezell, will take the deposition of Nancy Miller on Tuesday, July 17, 2007, at 10:00 A.M., at the offices of Hardwick, Hause, Segrest & Walding, 212 North Lena Street, Dothan, Alabama 36301, or such other place designated and/or agreed upon by the parties, upon oral examination before an officer authorized by law to administer oaths.

The deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

HARDWICK, HAUSE, SEGREST & WALDING

BY: *Patrick B. Moody*
Patrick B. Moody
Post Office Box 1469
Dothan, Alabama 36302
PHONE:   (334)794-4144
FAX:     (334)671-9330
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s) and attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk
FAULK & REED
524 South Union Street
Montgomery, Alabama 36104

Thomas K. Brantley
401 North Foster Street
Dothan, Alabama 36303

Katherine Hortberg
BOARDMAN, CARR, WEED &
    HUTCHESON, P.C.
400 Boardman Drive
Clelsea, Alabama 35043-2811

James C. Pennington
Joseph Vincent Musso
Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

This the 19th day of June, 2007.

_____
Of Counsel

cc: Whitfield Court Reporting (via fax)
    Tim Pitchford, Superintendent, Houston
       County Board of Education

# EXHIBIT B

# Ogletree
# Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118
Telephone: 205.328.1900
Facsimile: 205.328.6000
www.ogletreedeakins.com

JOSEPH V. MUSSO
*DIRECT DIAL (205) 714-4416*
E-MAIL: Joseph.Musso@Ogletreedeakins.com

July 3, 2007

Winn Faulk
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

Thomas K. Brantley
Brantley & McClendon, LLC
401 North Foster Street
Dothan, Alabama 36303

  Re: <u>Nancy Miller v. Troy University, et al</u>
     **U.S. District Court – Middle District**
     **Civil Action No.: 1:06-CV-940-WKW**

Dear Gentlemen:

  A deposition notice was sent on June 19, 2007, by the Houston County Board of Education, Kenneth Lord, Riley Joe Andrews, Tim Pitchford, Paul Strange, and Stacy Ezell noticing plaintiff's deposition for July 17, 2007. I represent Troy University, Sandra Jones, Pam Parris, and Greg Rudiger, and we wish to depose plaintiff on a separate day. To that end, I am enclosing a deposition notice setting plaintiff's deposition for Tuesday, July 24, 2007. Of course, if that date is not accommodating for you, your client, or for the attorneys representing the Houston County Board of Education and the individual Board defendants, I will certainly reschedule the deposition. Please contact me and provide me with new dates if that is the case.

           Very truly yours,

     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

           Joseph V. Musso

---

Atlanta, GA ▪ Austin, TX ▪ Birmingham, AL ▪ Charleston, SC ▪ Charlotte, NC ▪ Chicago, IL ▪ Cleveland, OH ▪ Columbia, SC ▪ Dallas, TX ▪ Greensboro, NC ▪ Greenville, SC ▪ Houston, TX ▪ Indianapolis, IN ▪ Kansas City, MO
Los Angeles, CA ▪ Miami, FL ▪ Morristown, NJ ▪ Nashville, TN ▪ Philadelphia, PA ▪ Phoenix, AZ ▪ Pittsburgh, PA ▪ Raleigh, NC ▪ St. Thomas, VI ▪ San Antonio, TX ▪ Tampa, FL ▪ Torrance, CA ▪ Tucson, AZ ▪ Washington, DC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: 1:06-cv-940-WHN |
| ) | |
| HOUSTON COUNTY BOARD OF ) | |
| EDUCATION, KENNETH LORD, ) | |
| RILEY JOE ANDREWS, TIM ) | |
| PITCHFORD, PAUL STRANGE, ) | |
| EZELL, TROY UNIVERSITY, ) | |
| DOTHAN, SANDRA JONES, PAM ) | |
| PARRIS and GREG RUEDIGER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF TAKING DEPOSITION

TO:  Winn Faulk, Esq.                    Thomas K. Brantley, Esq.
     Faulk & Reed                        Brantley & Amason
     524 S. Union Street                 401 N. Foster Street
     Montgomery, Alabama 36104-4626      Dothan, Alabama 36303

Please take notice that defendant, Dolgencorp, Inc., will take the testimony by deposition upon oral examination of the **Plaintiff, Nancy Miller**. Such deposition shall be taken for the purpose of discovery or for use as evidence in this action or both and shall be taken before a Notary Public, Court Reporter, or other person who is legally authorized to administer oaths, and will continue from day to day until completed.

**DEPONENT:**           Nancy Miller

**DATE:**               July 24, 2007

**TIME:**               TBA

**PLACE OF DEPOSITION:** TBA

_____
JOSEPH V. MUSSO
One of the Attorneys for Defendant
Troy University

**OF COUNSEL:**
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on all counsel of record on this the 3rd of July 2007, by U.S. Mail, postage prepaid as follows:

Winn Faulk, Esq.
Faulk & Reed
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esq.
Brantley & Amason
401 N. Foster Street
Dothan, Alabama 36303

Jere C. Segrest
Kevin Walding
Patrick B. Moody
Hardwick, Hause, Segrest & Walding
Post Office Box 1469
Dothan, Alabama 36302

Katherine Hortberg
Mark Boardman
Boardman, Carr & Hutcheson, P.C.
P.O. Box 382886
Birmingham, Alabama 35238-2886

_____
OF COUNSEL