IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-940-MEF |
| | ) | |
| HOUSTON COUNTY BOARD OF EDUCATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER

Upon of review of *FRCP Rule 37 Motion to Compel by Defendants Troy University, Dr. Sandra Jones, Pam Parrish, and Dr. Ruediger* (Doc. 24, filed July 12, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **July 18, 2007**.

DONE this 13th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE