IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-940-MEF |
| | ) | |
| HOUSTON COUNTY BOARD OF EDUCATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon of review of *FRCP Rule 37 Motion to Compel by Defendants Troy University, Dr. Sandra Jones, Pam Parrish, and Dr. Ruediger* (Doc. 24, filed July 12, 2007) and the notification by the parties that they have resolved the issues,[1] it is

**ORDERED** that *FRCP Rule 37 Motion to Compel by Defendants Troy University, Dr. Sandra Jones, Pam Parrish, and Dr. Ruediger* (Doc. 24) is **DENIED as moot**.

DONE this 30th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel notified the Court's law clerk on July 19, 2007 that they had resolved the issues presented in the Motion to Compel.