IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-940-MEF |
| | ) | |
| HOUSTON COUNTY BOARD OF EDUCATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER ON MOTION AND PROTECTIVE ORDER

Upon consideration of the *Joint Motion for Protective Order Regarding the Identities of Minor Students* (Doc. 27, filed August 22, 2007), it is

**ORDERED** that the *Joint Motion for Protective Order Regarding the Identities of Minor Students* (Doc. 27) is **GRANTED**. Accordingly, the parties and all interested non-parties shall be governed as follows:

1. Based upon the allegations in the Complaint, the parties may need to disclose the identities or produce information or records on non-party minor students or former students of Houston County High School or the Houston County school system.

2. All records produced by any party or by any third party and all deposition transcripts that contain information about any minor student shall be marked "Confidential Information" and shall be treated as such by all persons, including, but not limited to, all parties and counsel in this action to whom such information is disclosed pursuant to the terms

of this Order.

3. The parties understand that this Protective Order protects Defendant Houston County Board of Education and/or any employee or former employee from claims concerning the identification of or production of information or records on minor students or former students under the Family Education Rights and Privacy Act (Buckley Amendment), 20 U.S.C. § 1232(g), the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 et seq, and other federal and state regulations.

4. Any pleading that quotes from deposition testimony or documents produced in discovery, or any filing or exhibit submitted to the Court, that contains or mentions in any fashion the name or identifying information of any minor student or former student of Houston County High School or the Houston County school system shall be modified as follows, so that:

(a) the student or former student's name is replaced with his or her initials[1], and

(b) the student or former student's identifying information is replaced with the last four digits of the identifying number, and

(c) the student or former student's date of birth is replaced with the year, and

(d) the student or former student's address contains only the city and state.

The parties shall follow this District's Administrative Procedures for Case Management and

---

[1] Should use of first and last initials cause confusion with another student or former student's name, counsel shall consult with one another and devise a key for differentiating between the two students or former students.

Electronic Case Files System-Civil- Rule II (I) Privacy.[2]

5.     The provisions of this Order shall not affect the admissibility of evidence at trial or any preliminary evidentiary proceeding in open court, except as directed by separate order entered for good cause shown.  The provisions of this Order directing the production of records and the disclosure of information about students or former students in response to discovery relate only to the confidentiality rights and privacy rights of non-party minors and students.  This Order shall not be construed as overruling any objections to production or use of such records raised by the parties on other grounds.

DONE this 23rd day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[2]    The parties are referred to the court's website at http://www.almd.uscourts.gov