IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

**UNOPPOSED MOTION OF PLAINTIFF
TO AMEND SCHEDULING ORDER (DOC. 21 & 22)**

Come now the attorneys of record for Plaintiff, and respectfully request that the Court order that Section 8 of the Scheduling Order (Doc. 21), concerning the disclosure of experts and the opinions of same, be amended to extend the Plaintiff's deadline to November 30, 2007, and to extend the Defendants' deadline for such disclosures to December 30, 2007. Plaintiff's counsel have conferred with defense counsel, and have been authorized to represent to the Court that the Defendants do not oppose this motion.

The undersigned would further represent that this motion was occasioned by a discovery dispute, which has now apparently been resolved, having to do with the

production of certain documents needed by Plaintiff's consultant, in order for such consultant to form an opinion as to the issues presented to him.  Counsel for Defendant Houston County Board of Education has advised Thomas K. Brantley, Jr., Esq., that such documents should be available not later than Tuesday, November 20, 2007.  In reliance upon such assurance, and in consideration of defense counsel's agreement to the amendment requested herein, Plaintiff will refrain from filing a motion to compel at this time.

Wherefore, the undersigned respectfully request this Court to Order that the Scheduling Order be amended as herein requested.

Respectfully submitted,

  s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

     s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
brantleymcle@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail: jerecs@aol.com
and
James K. Walding, Esq.
E-mail: kwalding@graceba.net
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail: joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail: mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail: khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail: patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

              s/Winn Faulk
              WINN FAULK (ASB-3091-L48W)
              Attorney for Plaintiff