**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| NANCY MILLER, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   **Case No. 1:06-CV-940-MEF-TFM** |
| | ) |
| HOUSTON COUNTY BOARD | ) |
| OF EDUCATION, et al. | ) |
| | ) |
|     DEFENDANTS. | ) |

<u>**DEFENDANTS PAUL STRANGE AND STACEY EZELL'S
MOTION FOR SUMMARY JUDGMENT**</u>

**COME NOW** the Defendants **PAUL STRANGE** and **STACEY EZELL** and respectfully move for summary judgment in their favor as to all claims against them.  In further support of this motion, these defendants state as follows:

1.     There are no genuine issues of material fact, and the defendant educators are entitled to summary judgment as a matter of law.

2.     Defendants Paul Strange and Stacey Ezell are protected by qualified immunity.

3.     The Houston County Board of Education is the only entity capable of terminating the plaintiff's employment contract with the Board.

4.     The individual defendants are entitled to summary judgment on the plaintiff's Fourteenth Amendment procedural due process claim.

5.     The plaintiff cannot present substantial evidence that the alleged stigmatizing statement made about her was "attending" her discharge.

6.    Defendants Paul Strange and Stacey Ezell are also protected by federal immunity.

7.    Defendants Strange and Ezell incorporate any other defendant's evidence and/or the factual conclusions derived therefrom, to the extent that they are not contradictory to the facts cited herein.

WHEREFORE, PREMISES CONSIDERED, Defendants Paul Strange and Stacey Ezell respectfully request that summary judgment be entered in their favor as to all of the plaintiff's claims against them.

Respectfully submitted,

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)

*/s/ Katherine C. Hortberg*
Katherine C. Hortberg (ASB-5374-B34K)
BOARDMAN, CARR, HUTCHESON, P.C.
400 Boardman Drive
Chelsea, AL 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **15th** day of **November, 2007**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

Thomas Kirven Brantley Esq.
Brantley & Amason
401 North Foster Street
Dothan, Alabama 36303

Winn Faulk, Esq.
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

Jere Segrest, Esq.
James K. Walding, Esq.
Patrick Moody, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

James C. Pennington, Esq.
Joseph Musso, Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, PC
1819 5th Avenue North
One Federal Place, Suite 1000
Birmingham, Alabama 35203

_Katherine C. Hortberg_
Of Counsel

3