IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-940-MEF |
| ) | |
| HOUSTON COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. # 29), it hereby ORDERED that

the deadlines in Section 8 of the Uniform Scheduling Order (Doc. # 21) are amended as follows: Plaintiff's expert disclosure deadline is November 30, 2007. Defendants' deadline is December 31, 2007.

Done on this 16th day of November, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE