IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-CV-940-WKW |
| TROY UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR SUMMARY JUDGMENT
BY DEFENDANTS TROY UNIVERSITY, DR. SANDRA JONES,
DR. GREG RUEDIGER, AND PAM PARRIS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Troy University-Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris respectfully move for summary judgment. All claims against all defendants are due to be dismissed with prejudice, costs taxed to Plaintiff Nancy Miller.

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J

Peyton Lacy, Jr.
James C. Pennington
Attorneys for Defendant
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North

Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile :  (205) 328-6000
Email:joseph.musso@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley
Brantley & Amason
E-mail:  brantleymcle@graceba.net

Winn Faulk
Faulk & Reed
E-mail:  winnfaulk@bellsouth.net

James K. Walding
Hardwick, Hause & Segrest
E-mail:  kwalding@graceba.net

Jere C. Segrest
Hardwick Hause & Segrest
E-mail:  jerecs@aol.com

Katherine C. Hortberg
Boardman, Carr & Hutcheson
E-mails:  khortberg@boardmancarr.com
          mail@bcwhlaw.com

                s/ Joseph V. Musso
                OF COUNSEL