IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 NOV 16 A 11: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| NANCY MILLER, | * |
| | * |
| PLAINTIFF | * |
| | * |
| vs. | * |
| | *   CASE NO. 1:06-CV-940-WKW |
| HOUSTON COUNTY BOARD OF | * |
| EDUCATION, KENNETH LORD, | * |
| RILEY JOE ANDREWS, TIM | * |
| PITCHFORD, PAUL STRANGE, | * |
| STACY EZELL, TROY | * |
| UNIVERSITY, DOTHAN, SANDRA | * |
| JONES, PAM PARRIS and | * |
| GREG RUEDIGER, | * |
| | * |
| DEFENDANTS. | * |

## CONFLICT DISCLOSURE STATEMENT

THE DEFENDANTS, Houston County Board of Education, Kenneth Lord, Riley Joe Andrews and Tim Pitchford, by and through counsel, do hereby make the following disclosures concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committees, or other entities reportable under the provisions of the Middle District of Alabama's Order of June 12, 2007:

1. Defendant, Houston County Board of Education, is a governmental entity with no reportable relationships as

required by Fed. R. Civ. P. 7.1 and the Middle District of Alabama's Order of June 12, 2007.

2. Defendant, Kenneth Lord, is an individual with no reportable relationships as required by Fed. R. Civ. P. 7.1 and the Middle District of Alabama's Order of June 12, 2007.

3. Defendant, Riley Joe Andrews, is an individual with no reportable relationships as required by Fed. R. Civ. P. 7.1 and the Middle District of Alabama's Order of June 12, 2007.

4. Defendant, Tim Pitchford, is an individual with no reportable relationships as required by Fed. R. Civ. P. 7.1 and the Middle District of Alabama's Order of June 12, 2007.

This the 16th day of November, 2007.

HARDWICK, HAUSE, SEGREST & WALDING

BY: _____
Kevin Walding (WAL036)
ASB-8121-I-69J
Post Office Box 1469
Dothan, Alabama 36302
PHONE:  (334) 794-4144
FAX:    (334) 671-9330
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esq.
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esq.
BRANTLEY & HAYWOOD
401 N. Foster Street
Dothan, Alabama  36303

Joe Musso, Esq.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

This the 16th day of November, 2007.

_____
Of Counsel