**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

November 19, 2007

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Nancy Miller v. Houston Co. Board of Education et al

Case No.:   1:06cv940-MEF
            Document 34 Evidentiary Submission Index

This Notice of Correction was filed in the referenced case this date to attach the pdf of the Index for the Evidentiary Submission which was omitted when e-filed.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-CV-940-WKW |
| TROY UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**EVIDENTIARY SUBMISSION IN SUPPORT OF
THE MOTION FOR SUMMARY JUDGMENT FILED
BY DEFENDANTS TROY UNIVERSITY, DR. SANDRA JONES,
DR. GREG RUEDIGER, AND PAM PARRIS**

Peyton Lacy, Jr.
James C. Pennington
Joseph V. Musso
Attorneys for Defendants
Troy University, et al

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000

# **INDEX**

**TAB**

1.   Nancy Miller Deposition & Exhibits (July 17, 2007) .......................... A

2.   Nancy Miller Deposition & Exhibits (August 28, 2007) ..................... B

3.   Sandra Lee Jones Affidavit .................................................................. C

4.   Complaint ............................................................................................. D

5.   Kenneth Lord Deposition ..................................................................... E

6.   Riley Joe Andrews Deposition & Exhibit ............................................ F

7.   Virginia Singletary Deposition & Exhibit ........................................... G

8.   Tim Pitchford Deposition ..................................................................... H

9.   Paul Strange Deposition & Exhibits .................................................... I

10.  Stacey Ezell Deposition ....................................................................... J

11.  Answer by Defendant Troy University – Dothan ............................... K

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J

Peyton Lacy, Jr.
James C. Pennington
***Attorneys for Defendants Troy University, et al***
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North

2

Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000
Email:joseph.musso@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley
Brantley & Amason
E-mail:  brantleymcle@graceba.net

Winn Faulk
Faulk & Reed
E-mail:  winnfaulk@bellsouth.net

James K. Walding
Hardwick, Hause & Segrest
E-mail:  kwalding@graceba.net

Jere C. Segrest
Hardwick Hause & Segrest
E-mail:  jerecs@aol.com

Katherine C. Hortberg
Boardman, Carr & Hutcheson
E-mails:  khortberg@boardmancarr.com
         mail@bcwhlaw.com

                                   s/ Joseph V. Musso
                                   OF COUNSEL

3