```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

NANCY MILLER,                  *
                               *
    PLAINTIFF                  *
                               *
vs.                            *
                               *   CASE NO.1:06-CV-940-WKW
HOUSTON COUNTY BOARD OF        *
EDUCATION, KENNETH LORD,       *
RILEY JOE ANDREWS, TIM         *
PITCHFORD, PAUL STRANGE,       *
STACY EZELL, TROY              *
UNIVERSITY, DOTHAN, SANDRA     *
JONES, PAM PARRIS and          *
GREG RUEDIGER,                 *
                               *
    DEFENDANTS.                *

## DEFENDANTS SUPPLEMENT TO INTIAL DISCLOSURES

In accordance with Rule 26(a), Federal Rules of Civil Procedure, the Defendants, Houston County Board of Education former Superintendent Lord, Superintendent Pitchford, and Riley Joe Andrews, submit the following to supplement their initial disclosures:

1. Houston County Board of Education IEP Reports numbered 1460 through 1595.

                                  HARDWICK, HAUSE, SEGREST & WALDING

                              BY:    /s/ Jere C. Segrest
                                   Jere C. Segrest (SEG005)
                                   ASB-1759-S-80J

```
                        BY:    /s/ Kevin Walding
                               Kevin Walding (WAL036)
                               ASB-8121-I-69J


                        BY:    /s/ Patrick B. Moody
                               Patrick B. Moody (MOO110)
                               ASB-0905-T-73M
```

## CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & AMASON
401 N. Foster Street
Dothan, Alabama  36303

Mr. Joe Musso
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

This the 20th day of November, 2007.

```
                               /s/ Patrick B. Moody
                                  Of Counsel
```