TEST

      TEST

            TEST