**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **NANCY MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **1:06-CV-940-WHN** |
| ) | |
| **HOUSTON COUNTY BOARD OF** ) | |
| **EDUCATION, KENNETH LORD,** ) | |
| **RILEY JOE ANDREWS, TIM** ) | |
| **PITCHFORD, PAUL STRANGE,** ) | |
| **EZELL, TROY UNIVERSITY,** ) | |
| **DOTHAN, SANDRA JONES, PAM** ) | |
| **PARRIS and GREG RUEDIGER,** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's June 12, 2007, Order regarding Conflict Disclosure Statements, Defendant Troy University – Dothan Campus hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities:

Troy University – Dothan Campus is an instrumentality of the State of Alabama as duly noted in Harden v. Adams, 760 F. 2d 1158, 1163-1164 (11th Cir. 1985).

       Respectfully submitted,

       s/ Joseph V. Musso
       Bar No:  ASB-4825-O40J

       James C. Pennington
       Peyton Lacy, Jr.
       Joseph V. Musso
       ***Attorneys for Defendant***
       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
       One Federal Place, Suite 1000
       1819 Fifth Avenue North
       Birmingham, Alabama  35203-2118
       Telephone:  (205) 328-1900
       Facsimile :  (205) 328-6000
       Email:  joseph.musso@odnss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

    Thomas Kirven Brantley -  brantleymcle@graceba.net

    Winn Faulk -  winnfaulk@bellsouth.net

    James K. Walding -  kwalding@graceba.net

    Jere C. Segrest -  jerecs@aol.com

    Katherine C. Hortberg - khortberg@boardmancarr.com
                                  mail@bcwhlaw.com

       s/ Joseph V. Musso
       OF COUNSEL