IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANCY MILLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-CV-940-WHN** |
| | ) | |
| **HOUSTON COUNTY BOARD OF** | ) | |
| **EDUCATION, KENNETH LORD,** | ) | |
| **RILEY JOE ANDREWS, TIM** | ) | |
| **PITCHFORD, PAUL STRANGE,** | ) | |
| **EZELL, TROY UNIVERSITY,** | ) | |
| **DOTHAN, SANDRA JONES, PAM** | ) | |
| **PARRIS and GREG RUEDIGER,** | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's June 12, 2007 Order regarding Conflict Disclosure Statements, the undersigned party, Dr. Sandra Jones to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities:

Dr. Sandra Jones is an individual with no entities to be reported as required by Fed. R. Civ. P. 7.1.

Respectfully submitted,

s/ Joseph V. Musso

        Bar No:  ASB-4825-O40J

        James C. Pennington
        Peyton Lacy, Jr.
        Joseph V. Musso
        ***Attorneys for Defendant***
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama  35203-2118
        Telephone:  (205) 328-1900
        Facsimile :  (205) 328-6000
        Email:  joseph.musso@odnss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

    Thomas Kirven Brantley -  brantleymcle@graceba.net

    Winn Faulk -  winnfaulk@bellsouth.net

    James K. Walding -  kwalding@graceba.net

    Jere C. Segrest -  jerecs@aol.com

    Katherine C. Hortberg - khortberg@boardmancarr.com
                                  mail@bcwhlaw.com

        s/ Joseph V. Musso
        OF COUNSEL