IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No.**1:06-cv-940-MEF** |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's June

12, 2007 Order regarding Conflict Disclosure Statements, the undersigned counsel for

Plaintiff, Ms. Nancy Miller, do hereby make the following disclosure concerning parent

companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors'

committee, or other entities:

Ms. Nancy Miller is an individual with no entities to be reported as required by Fed. R.

Civ. P. 7.1.

Respectfully submitted,


 s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net


   s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
brantleymcle@graceba.net


## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding@graceba.net
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.

Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail:  patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.


                                        s/Winn Faulk
                                        WINN FAULK (ASB-3091-L48W)
                                        Attorney for Plaintiff