IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANCY MILLER,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| | * | |
| **HOUSTON COUNTY BOARD OF** | * | |
| **EDUCATION;** | * | |
| **KENNETH LORD;** | * | |
| **RILEY JOE ANDREWS;** | * | |
| **TIM PITCHFORD;** | * | |
| **PAUL STRANGE;** | * | |
| **STACY EZELL;** | * | |
| **TROY UNIVERSITY, DOTHAN;** | * | |
| **SANDRA JONES;** | * | |
| **PAM PARRIS;** | * | |
| and | * | |
| **GREG RUEDIGER,** | * | |
| | * | |
| DEFENDANTS. | * | |

**SECOND UNOPPOSED MOTION OF PLAINTIFF
TO AMEND SCHEDULING ORDER (DOC. 21 & 22)**

Come now the attorneys of record for Plaintiff, and respectfully request that the Court order that Section 8 of the Scheduling Order (Doc. 21), concerning the disclosure of experts and the opinions of same, be amended to extend the Plaintiff's deadline to December 4, 2007, and to extend the Defendants' deadline for such disclosures to January 4, 2008. Plaintiff's counsel have conferred with defense counsel, and have been authorized to represent to the Court that the Defendants do not oppose this motion.

The undersigned would further represent that this motion was occasioned by a technology problem experienced by the proposed expert witness, as evidenced by the scanned letter from James D. Sears, Esq., which is filed herewith as an exhibit.

Wherefore, the undersigned respectfully request this Court to Order that the Scheduling Order be amended as herein requested.

Respectfully submitted,

  s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

   s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
brantleymcle@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com

and
James K. Walding, Esq.
E-mail:  kwalding@graceba.net
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail:  patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

                                                s/Winn Faulk
                                                WINN FAULK (ASB-3091-L48W)
                                                Attorney for Plaintiff

# Sears Law Firm
## A Professional Corporation

1.
James D. Sears
Dawn A. Swickard
Henry G. Bostwick, II

816-A Manci Avenue
Daphne, Alabama 36526

Telephone: (251) 621-3485
Fax: (251) 621-3486

November 30, 2007

Winn S. LaFayette Faulk, Esquire
Faulk & Reed, L.L.P.                         VIA FAX 334/834-2088
524 S Union St
Montgomery, AL 36104-4626

RE:    *Nancy Miller v. Houston Co. Bd. of Educ., et al.*
       Civil Action No.: 1:06-CV-940-WKW.

Dear Mr. Faulk:

   I have been having a very difficult time with my computer service related to downloading and printing the documents necessary for me to render an opinion in the above-referenced matter.

   I am, consequently, requesting that you move the court for additional time for me to complete my Expert's Report. I will be able to complete the report by Tuesday, December 4, 2007.

   Your assistance with this matter will be greatly appreciated.

                                         Sincerely,

                                         JAMES D. SEARS

JDS/mbs

c:    File

EXHIBIT
1