IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   Case No. 1:06-CV-940-MEF-TFM |
| | ) |
| HOUSTON COUNTY BOARD | ) |
| OF EDUCATION, et al. | ) |
| | ) |
|    DEFENDANTS. | ) |

**DEFENDANT STACEY EZELL'S CORPORATE/CONFLICT
DISCLOSURE STATEMENT**

COMES NOW Defendant Stacey Ezell, by and through counsel, and provides her Corporate/Conflict Disclosure Statement, by stating as follows:

1.    Stacey Ezell is an individual with no entities to be reported as required by F.R.C.P. 7.1.

          */s/ Mark S. Boardman*
          Mark S. Boardman (ASB-8572-B65M)

          */s/ Katherine C. Hortberg*
          Katherine C. Hortberg (ASB-5374-B34K)
          BOARDMAN, CARR, HUTCHESON, P.C.
          400 Boardman Drive
          Chelsea, AL 35043-8211
          Telephone: (205) 678-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **3**$^{rd}$ day of **December**, **2007**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

Thomas Kirven Brantley Esq.
Brantley & Amason
401 North Foster Street
Dothan, Alabama 36303

Winn Faulk, Esq.
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

James C. Pennington, Esq.
Joseph Vincent Musso, Esq.
Peyton Lacy, Jr., Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1819 5th Avenue North
One Federal Place, Suite 1000
Birmingham, Alabama 35203

Patrick Moody, Esq.
Jere C. Segrest, Esq.
James K. Walding, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

*/s/ Katherine C. Hortberg*
Of Counsel