IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANCY MILLER,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No.**1:06-cv-940-MEF** |
| | * | |
| | * | |
| **HOUSTON COUNTY BOARD OF** | * | |
| **EDUCATION;** | * | |
| **KENNETH LORD;** | * | |
| **RILEY JOE ANDREWS;** | * | |
| **TIM PITCHFORD;** | * | |
| **PAUL STRANGE;** | * | |
| **STACY EZELL;** | * | |
| **TROY UNIVERSITY, DOTHAN;** | * | |
| **SANDRA JONES;** | * | |
| **PAM PARRIS;** | * | |
| and | * | |
| **GREG RUEDIGER,** | * | |
| | * | |
| DEFENDANTS. | * | |

**UNOPPOSED MOTION OF PLAINTIFF
TO EXTEND THE DEADLINES FOR RESPONSES TO
SUMMARY JUDMENT MOTIONS
(DOC. 30, 33 & 43)**

Come now the attorneys of record for Plaintiff, and respectfully request that the Court order that the time for responding to the three pending motions for summary judgment set forth in the briefing order (Doc.48), be amended to extend the Plaintiff's deadline from December 12, 2007, to January 2, 2008, and to extend the Defendants' deadline for replying to such responses to January 17, 2008. Plaintiff's attorneys have conferred with defense counsel, and have been authorized to represent to the Court that the Defendants do not oppose this motion.

The undersigned would further represent that this motion is necessitated by the fact that certain depositions needed for the responses cannot be taken until December 18, 2007, due to the difficulty of coordinating the calendars of the multiple parties and attorneys involved in the case.

Wherefore, the undersigned respectfully request this Court to Order that the briefing Order be amended as herein requested.

Respectfully submitted,

  s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

    s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & HAYWOOD
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail: jerecs@aol.com
and
James K. Walding, Esq.
E-mail: kwalding@yahoo.com
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail: joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail: mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail: khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail: patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

                                        s/Winn Faulk
                                        WINN FAULK (ASB-3091-L48W)
                                        Attorney for Plaintiff