IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-940-MEF |
| | ) | |
| HOUSTON COUNTY BOARD OF | ) | |
| EDUCATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct Scheduling Order (Doc. #59) filed on November 30, 2007, it is hereby

ORDERED that the motion is GRANTED

DONE this 7th day of December, 2007.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE