IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER,         Plaintiff, <br> v. <br> HOUSTON COUNTY BOARD OF EDUCATION, *et al.,* <br>         Defendants. | ) ) ) ) ) ) ) ) ) ) )     CASE NO. 1:06-cv-940-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #62) filed on December 7, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 7th day of December, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE