IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. 1:06-cv-940-MEF |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER (DOC. 64)

Come now the attorneys of record for Plaintiff, and respectfully request that the Court reconsider its denial of Plaintiff's Motion for Extension (Doc. 62). As grounds for this motion, the undersigned represents that such motion, in addition to being unopposed, was occasioned by the following circumstances.

Depositions of the Troy University defendants are scheduled for Wednesday, December 18, 2007. Those depositions were not scheduled earlier because Plaintiff and the Troy University defendants had hoped that they could resolve all claims against the Troy University defendants without having to incur those deposition costs, but, despite

active and ongoing discussions toward making such resolution, no agreement was reached.

The undersigned submit that such negotiations should be encouraged by the Court, especially in light of the purpose the Federal Rules of Civil Procedures to "…secure the just, speedy, and inexpensive determination of every action.." (FCRP 1)

The undersigned requests a telephone conference with the Court and all counsel for status discussion as soon as possible.

.    Wherefore, the undersigned respectfully request this Court to reconsider its Order (Doc 64) as herein requested.

Respectfully submitted,

  s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 354-4442 (cellular)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

   s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff

BRANTLEY & HAYWOOD
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding2300@yahoo.com
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail:  patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

            s/Winn Faulk
            WINN FAULK (ASB-3091-L48W)
            Attorney for Plaintiff