IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-940-MEF |
| ) | |
| HOUSTON COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On December 7, 2007, Plaintiff filed a Motion to Extend the Deadlines for Responses to Summary Judgment Motions. (Doc. # 62). Plaintiff asked the Court to extend the response deadline from December 12, 2007 to January 2, 2008, and the reply deadline from December 21, 2007 to January 17, 2008. The motion was denied. (Doc. # 64). Upon consideration of Plaintiff's Motion for Reconsideration (Doc. # 65), it hereby ORDERED that

the motion is GRANTED IN PART and DENIED IN PART. Plaintiff shall submit responses to the motions for summary judgment on or before January 2, 2008. Defendants may submit reply briefs on or before January 11, 2008.

Done on this 10th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE