IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF EDUCATION; et al. | * | JURY DEMANDED |
| | * | |
| | * | |
| DEFENDANTS. | * | |

**JOINT REPORT OF FACE-TO-FACE SETTLEMENT CONFERENCES**

Come now the parties, through counsel, and report that face-to-face settlement conferences were held in Montgomery, Alabama, on December 6, 2007. We regret to report that, despite serious efforts, counsel were unable to effect a settlement of this case. The undersigned further apologizes to the Court for the tardy submission of this report due to miscommunication between counsel.

Respectfully submitted,

  s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

   s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & HAYWOOD
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net


## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.
Hardwick, Hause, & Segrest
P.O. Box 1469
Dothan, AL  36302

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell
400 Boardman Drive
Chelsea, AL  35043

                                                s/Winn Faulk
                                                WINN FAULK (ASB-3091-L48W)
                                                Attorney for Plaintiff