IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | Case No. 1:06-cv-940-MEF |
| | * | |
| HOUSTON COUNTY BOARD OF | * | JURY DEMANDED |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| DEFENDANTS. | * | |

[Stamp: RECEIVED 2008 JAN -3 A 9:46 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

### PLAINTIFF'S TO FURTHER ENLARGE TIME FOR FILING BRIEF IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT (DOCs 31, 42 & 44)

Comes now the Plaintiff, though counsel, and moves that counsel be permitted to file the brief in response to the summary judgment motions one day out of time. As grounds, the undersigned would represent that, having been unable to take certain key depositions until December 18, and one transcript of such being unavailable until after 4:00 p.m. on December 26, and the other two after noon on December 27, 2007, in addition to the customary difficulties of communicating with others during the holiday period, which impeded preparation of the brief, on the most critical date, January 2, 2008, the paralegal assigned to this case seriously injured his back when leaving home for work

1

and has been medicated and sent home by his doctor until January 7, 2008. (See attached Physician Report.) Of the two female assistants in the office, one's husband is undergoing surgery today, and the only remaining assistant is dividing her efforts between helping finalize the brief and running the office as best she can. Without the assistance of a paralegal familiar with the case to prepare the evidentiary submission, the undersigned has been distracted from completing the brief itself in a suitable state for filing within the time allotted by the Court. It is anticipated that the brief and evidentiary submission will be in final form sometime on January 3, 2008.

Wherefore, Plaintiff prays that the Court will further enlarge the time for such filing by one additional day, to and including January 3, 2008.

Respectfully submitted,

s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL 36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail: jerecs@aol.com
and
James K. Walding, Esq.
E-mail: kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail: joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail: mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail: khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail: patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiff

Jan 02 08 11:45p    Patsy Robertson    334-834-4111    p.1

☐ **Atlanta Highway**
4305 Atlanta Highway
Montgomery, AL 36109
334-271-7051

☐ **Vaughn Plaza**
2815 East Boulevard
Montgomery, AL 36116
334-271-4545

# Pri Med

☐ 34 Taylor Road, North
Montgomery, AL 36117
334-272-7639

☐ **Silver Hills**
1595 East Main Street, Suite A
Prattville, AL 36066
334-361-3171

☒ **Wetumpka**
4452 U.S. Highway 231
Wetumpka, AL 36092
334-567-8400

## PHYSICIAN REPORT

Mr.
Mrs.
Miss _Kevin Snyder_____

has been under my care from _1/2/08_____ to _____

and is able to return to work/school on _1/7/08_____ no P.E. until _____

Remarks _Due to illness_____

_____

_____

_____

Dr. _[signature]_____ Date _1/2/08_

LEE ALDRICH, M.D.           CHAI CHAMNONG, D.O       CURTIS E. McLEMORE, M.D.   PAUL TANAKA, M.D.
MARY BARROW, M.D.           LARRY FLOYD JR, M.D.     CHANDLER MULLER, D.O.      SHAIKH WAHID, M.D.
DONALD P. BROBST, M.D.      CAROLINE FOLASHADE, M.D. DENNIS PEARMAN, M.D.       CHARLES WOOLDRIDGE, M.D.
PATRICIA L. CAMPBELL, M.D.  GEORGE J. KIRICENKOV, M.D. UTTAM PODDER, M.D.

PM112