IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-940-MEF-TFM |
| | ) |
| HOUSTON COUNTY BOARD | ) |
| OF EDUCATION, et al. | ) |
| | ) |
|    DEFENDANTS. | ) |

**DEFENDANTS PAUL STRANGE AND STACEY EZELL'S
MOTION FOR COMMENSURATE EXTENSION OF TIME FOR REPLY TO
PLAINTIFF'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

COME NOW Defendants Paul Strange and Stacey Ezell and respectfully request a commensurate extension of time for a reply with the one given plaintiff for her response to the Defendants' Motions for Summary Judgment. In further support of this motion, these defendants state as follows:

1. On December 10, 2007, this Court entered an Order granting plaintiff's Motion for Reconsideration and allowing the plaintiff an additional twenty days in which to file her response to the Defendants' Motions for Summary Judgment.

2. In that Order, the plaintiffs was given until January 2, 2008 to file a response, and the defendants were given until January 11, 2008 to file replies.

3. Plaintiff's counsel filed a request for one day extension on January 3, 2008.

4. These defendants received an email from plaintiff's counsel at 12:35 a.m. on January 4, 2008, with the plaintiff's response brief, two affidavits, and minutes from a Board

meeting attached.

5.  In light of the plaintiff's filing her brief a day later than expected, these defendants respectfully request a commensurate extension of time for the filing of their reply brief.

6.  Thus, Defendants Paul Strange and Stacey Ezell request that their reply brief be due on or before January 14, 2008.

7.  The undersigned has conferred with plaintiff's counsel regarding this motion, and plaintiff's counsel has indicated no objection.

WHEREFORE, PREMISES CONSIDERED, Defendants Paul Strange and Stacey Ezell respectfully request a one day extension for the filing of their reply to plaintiff's response to their Motion for Summary Judgment.

Respectfully submitted,

/s/*Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
Katherine C. Hortberg (ASB-5374-B34K)
BOARDMAN, CARR, HUTCHESON, P.C.
400 Boardman Drive
Chelsea, AL 35043-8211
Telephone: (205) 678-8000

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this **4th** day of **January**, **2008**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

Thomas Kirven Brantley Esq.
Brantley & Amason
401 North Foster Street
Dothan, Alabama 36303

Winn Faulk, Esq.
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

James C. Pennington, Esq.
Joseph Vincent Musso, Esq.
Peyton Lacy, Jr., Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, PC
1819 5th Avenue North
One Federal Place, Suite 1000
Birmingham, Alabama 35203

Patrick Moody, Esq.
Jere C. Segrest, Esq.
James K. Walding, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

                                                */s/ Katherine C. Hortberg*
                                                Of Counsel