IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | JURY DEMANDED |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

**PLAINTIFF'S MOTION TO ACCEPT FILING TWO DAYS OUT OF TIME:
BRIEF IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT
(DOCs31, 42 & 44)**

Comes now the Plaintiff, though counsel, and moves that counsel be permitted to file the brief in response to the summary judgment motions two days out of time. As grounds, the undersigned would represent that, in addition to the grounds stated in the previous motion to file one day out of time, the undersigned encountered technical problems after office hours on January 3, as explained in the attached copy of an e-mail sent at 12:56 a.m. today to all counsel, transmitting, among other things, an MS Word copy of the brief, having been unable to convert the document to PDF format and

1

properly e-file same. The entire brief and the evidentiary submission are now in proper format and ready to be e-filed.

The undersigned has spoken with Ms. Hortberg, attorney for Defendants Strange and Ezell, and with Mr. Musso, attorney for all TUD-related Defendants, both of whom have authorized the granting of this motion. Messrs. Segrest, Walding and Moody, who jointly represent the remaining HCBOE-related Defendants are currently unavailable, one being out for the day and the other two being in court at present, but telephone messages were left stating the purpose of the calls.

Wherefore, Plaintiff prays that the Court will further enlarge the time for such filing by one additional day, to and including January 4, 2008, and that Defendants time be enlarged to and including January 11, 2007.

                    Respectfully submitted,

                      s/Winn Faulk
                    WINN FAULK (ASB-3091-L48W)
                    Attorney for Plaintiffs

                    FAULK & REED, L.L.P.
                    524 South Union Street
                    Montgomery, AL  36104
                    (334) 834-2000 (phone)
                    (334) 834-2088 (fax)
                    winnfaulk@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail:  patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

                                          s/Winn Faulk
                                          WINN FAULK (ASB-3091-L48W)
                                          Attorney for Plaintiff

From: winnfaulk@bellsouth.net [mailto:winnfaulk@bellsouth.net]
Sent: Friday, January 04, 2008 12:36 AM
To: jerecs@aol.com; kwalding2003@yahoo.com; joseph@ns-mr5.netsolmail.com; musso@odnss.com; James.Pennington@odnss.com; peyton.lacy@odnss.com; mboardman@boardmancarr.com; khortberg@boardmancarr.com; patrickmoodylaw@hotmail.com
Cc: tombrantley@graceba.net
Subject: Nancy Miller v. TUD & HCBOE et al.

Dear Gentlemen and Ms. Hortberg: I am transmitting herewith affidavits of Nancy Miller and James Sears (in MS Word), a copy of the HCBOE minutes dated December 6, 2004, and a copy of the brief I will file in the morning (Friday). I have been struggling with my Adobe which says it needs to be reconfigured, and have given up. I will by carbon copy have a member of my staff convert the two attached MS Word documents and file with the Court with an explanation. I am sorry for any inconvenience, but my office took a real hit yesterday and today with staffing problems and my own technical deficiencies. The attached evidentiary materials will be the only such materials that I will be filing which you do not already have. I am also attaching a copy of the Index to the Evidentiary Submission. Thank you for your collective patience.

Winn Faulk


**Attachment 1:** Final -- Affidavit_of_Nancy_Miller[1].pdf () Displayed Inline   (part of attached message)
**Attachment 2:** Final -- Sears_Affidavit 1 .doc ()    Displayed Inline   (part of attached message)
**Attachment 3:** Board_Minutes_12-06-04[1].pdf ()    Displayed Inline   (part of attached message)
**Attachment 4:** Palintiff Brief re SJ.doc ()    Displayed Inline   (part of attached message)