IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-940-MEF |
| ) | |
| HOUSTON COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motions for Extension of Time filed by the plaintiff and defendants (Doc. #68, #69 & #70), it is hereby

ORDERED that the motions are GRANTED.

DONE this the 7th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE