```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

NANCY MILLER,                  *
                               *
    PLAINTIFF                  *
                               *
vs.                            *
                               *   CASE NO.1:06-CV-940-WKW
HOUSTON COUNTY BOARD OF        *
EDUCATION, KENNETH LORD,       *
RILEY JOE ANDREWS, TIM         *
PITCHFORD, PAUL STRANGE,       *
STACY EZELL, TROY              *
UNIVERSITY, DOTHAN, SANDRA     *
JONES, PAM PARRIS and          *
GREG RUEDIGER,                 *
                               *
    DEFENDANTS.                *
```

### DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

THE DEFENDANTS, Houston County Board of Education, former Superintendent Kenneth Lord, Superintendent Tim Pitchford and Riley Joe Andrews, (hereinafter Board Defendants ), respectfully request an extension of time to file their reply to the Plaintiff s Response to Motions for Summary Judgment.

1. Earlier today this Court entered an Order granting the Plaintiff an Extension of Time for Responding to the Defendants Summary Judgment Motions.

2. That same Order also granted Defendants, Paul Strange and Stacy Ezell s Motion for Extension of Time

allowing them until January 14, 2008, to file their reply brief.

    3.   The Board Defendants request that their reply deadline be extended until January 14, 2008, as well.

    4.   The undersigned has conferred with Plaintiff's counsel, Thomas Brantley, concerning this Motion and Plaintiff's counsel has indicated no objection.

    WHEREFORE, the Board Defendants respectfully request an extension for filing their reply to the Plaintiff's Response Brief.

                      HARDWICK, HAUSE, SEGREST & WALDING

                      BY: /s/ Jere C. Segrest
                          Jere C. Segrest (SEG005)
                          ASB-1759-S-80J

                      BY: /s/ Kevin Walding
                          Kevin Walding (WAL036)
                          ASB-8121-I-69J

                      BY: /s/ Patrick B. Moody
                          Patrick B. Moody (MOO110)
                          ASB 0902-T-73M
                          Post Office Box 1469
                          Dothan, Alabama 36302
                          Phone:  (334)794-4144
                          Fax:    (334)671-9330
                          ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & HAYWOOD
401 N. Foster Street
Dothan, Alabama 36303

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

Mr. James C. Pennington
Mr. Joseph Vincent Musso
Mr. Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

This the 7th day of January, 2008.

/s/ Patrick B. Moody
Of Counsel