IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| HOUSTON COUNTY BOARD OF EDUCATION; et al., | * | JURY DEMANDED |
| | * | |
| DEFENDANTS. | * | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DOCs 31, 42 & 44)**

Comes now the Plaintiff, through counsel, and requests oral argument on the Defendants' motions for summary judgment.

Respectfully submitted,

s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL 36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

1

        s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff

BRANTLEY & HAYWOOD
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 7th, 2008, I filed the foregoing with the Clerk of the Court who I understand will use the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail: jerecs@aol.com
and
James K. Walding, Esq.
E-mail: kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.

Joseph V. Musso, Esq.
E-mail: joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.

Mark S. Boardman
E-mail: mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail: khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell

Patrick Bryan Moody
E-mail: patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et. al.

2

s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiff