IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NANCY MILLER, *
\*
   PLAINTIFF *
\*
vs. *
\* CASE NO.1:06-CV-940-WKW
HOUSTON COUNTY BOARD OF *
EDUCATION, KENNETH LORD, *
RILEY JOE ANDREWS, TIM *
PITCHFORD, PAUL STRANGE, *
STACY EZELL, TROY *
UNIVERSITY, DOTHAN, SANDRA *
JONES, PAM PARRIS and *
GREG RUEDIGER, *
\*
   DEFENDANTS. *

### DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

The Defendants, Houston County Board of Education, former Superintendent Kenneth Lord, Superintendent Tim Pitchford and Riley Joe Andrews reply to the Plaintiff's Request for Oral Argument and ask that the Plaintiff's request be denied. In support, the Defendants state:

1. Plaintiff filed a Request for Oral Argument, Document 75, on January 7, 2008.

2. Plaintiff's Request for OralArgument does not conform to the requirements of Fed. R. Civ. P. 7(b). Plaintiff's counsel does notstate with particularity the

grounds for seeking oral argument.

3. Specifically, Plaintiff's request violates Fed. R. Civ. P. 7(b)(1)(B) which states that a Motion must "State with particularity the grounds for seeking the Order..."

4. It is defense counsels general understanding that in this District Motions for Summary Judgment are ruled upon without oral argument. Plaintiff's counsel has not presented any reason or any extreme circumstances that would require deviation from the normal practice of this Court.

WHEREFORE, the Defendants requests that the Court deny the Plaintiff's request for oral argument.

                HARDWICK, HAUSE, SEGREST & WALDING

                BY: ___/s/ Jere C. Segrest___
                    Jere C. Segrest (SEG005)
                    ASB-1759-S-80J

                BY: ___/s/ Kevin Walding___
                    Kevin Walding (WAL036)
                    ASB-8121-I-69J

                BY: ___/s/ Patrick B. Moody___
                    Patrick B. Moody (MOO110)
                    ASB-0905-T-73M

CERTIFICATE OF SERVICE

    I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & AMASON
401 N. Foster Street
Dothan, Alabama  36303

Mr. Joe Musso
Ogletree, Deakins, Nash,
 Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

    This the 9th day of January, 2008.

                      /s/ Patrick B. Moody
                      Of Counsel