IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. 1:06-cv-940-MEF |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | JURY DEMANDED |
| EDUCATION; ET AL., | * | |
| | * | |
| DEFENDANTS. | * | |

**PLAINTIFF'S AMENDED REQUEST FOR ORAL ARGUMENT
IN REPLY TO DEFENDANTS' RESPONSE (DOC 77)
TO REQUEST FOR ORAL ARGUMENT (DOC 75)**

Come now the attorneys for Plaintiff and, in reply to the HBOE-related "Defendants' Response to Plaintiff's Request for Oral Argument" (Doc 77), hereby amend their original request for oral argument by adding the following:

The undersigned counsel take Defendants' opposition to oral argument seriously, especially in light of certain positions taken in the reply briefs (Docs 78, 79 and 80).

The original request for oral argument was frankly motivated by a certain dissatisfaction on the part of the undersigned with their final responsive brief as filed with the Court, due to the multiplicity of parties and issues, as well as having been seriously impeded by technical problems in accomplishing the timely completion and filing of the brief. Accordingly, the undersigned felt that oral argument would be helpful to the Court, as well as to their client.

Additionally, *Garcetti v. Ceballos*, 126 S.Ct. 1951 (2006) is still a fairly recent development with which employers, employees and even courts are still struggling. The Court will note, for example, that the reply brief of Strange and Ezell cites a case not three weeks old from the Eleventh Circuit. (Doc 80, at page 1)

Further, the very lawyers who have opposed the request for oral argument have now publicly impugned the personal and professional integrity of the undersigned by accusing us (Doc 79, p. 2, ¶ 2) of attempting to mislead this Court, and elsewhere making less serious, but equally inaccurate, assertions that our brief fails to comply with certain stylistic requirements. If the Court needs any more particularity than the need of counsel to defend their good names in response to this venomous and irresponsible attack, we would be respectfully surprised.

WHEREFORE, the Plaintiff through counsel renews her request for oral argument on the motions for summary judgment.

Respectfully submitted,

 s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiff

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net

           ___s/Thomas K. Brantley_____
           THOMAS K. BRANTLEY, JR.
           (ASB-0595-E55T)
           Attorney for Plaintiff


           BRANTLEY & HAYWOOD
           401 North Foster Street
           Dothan AL 36303
           (334) 793-9009 (phone)
           (334) 793-2037
           tombrantley@graceba.net


**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.
Hardwick, Hause, & Segrest
P.O. Box 1469
Dothan, AL  36302

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell
400 Boardman Drive
Chelsea, AL  35043

Patrick Bryan Moody
E-mail:  patrickmoodylaw@hotmail.com
Attorney for Houston Co. BOE, et al.


                                              s/Winn Faulk
                                              WINN FAULK (ASB-3091-L48W)
                                              Attorney for Plaintiff