IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-940-MEF |
| | ) | |
| HOUSTON COUNTY BOARD OF | ) | |
| EDUCATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Amended Request for Oral Argument in Reply to Defendants' Response to Request for oral Argument (Doc. #81) filed on January 17, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 22nd day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE