```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| NANCY MILLER, | * |
| | * |
|    PLAINTIFF | * |
| | * |
| vs. | * |
| | *   CASE NO.1:06-CV-940-WKW |
| HOUSTON COUNTY BOARD OF | * |
| EDUCATION, KENNETH LORD, | * |
| RILEY JOE ANDREWS, TIM | * |
| PITCHFORD, PAUL STRANGE, | * |
| STACY EZELL, TROY | * |
| UNIVERSITY, DOTHAN, SANDRA | * |
| JONES, PAM PARRIS and | * |
| GREG RUEDIGER, | * |
| | * |
|    DEFENDANTS. | * |

## MOTION TO WITHDRAW

Patrick B. Moody, attorney for Defendants, Houston County Board of Education, former Superintendent Kenneth Lord, Superintendent Tim Pitchford and Riley Joe Andrews, move the Court to allow him to withdraw from representing the above named clients because he is no longer employed by Hardwick, Hause, Segrest & Walding.

Respectfully submitted this the 25th day of January, 2008.

HARDWICK, HAUSE, SEGREST & WALDING


BY: /s/ Patrick B. Moody
    Patrick B. Moody (MOO110)
    ASB-0905-T73M
    Attorney for Defendants
    Post Office Box 1469
    Dothan, Alabama 36302
    Phone:  (334)794-4144
    Fax:    (334)671-9330


CERTIFICATE OF SERVICE

   I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & HAYWOOD
401 N. Foster Street
Dothan, Alabama 36303

Mr. James C. Pennington
Mr. Joseph Vincent Musso
Mr. Peyton Lacy, Jr.
Ogletree, Deakins, Nash,
 Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

    This the 25th day of January, 2008.

                      /s/ Patrick B. Moody
                      Of Counsel