IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-CV-940-WKW |
| TROY UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

### TRIAL WITNESS LIST ON BEHALF OF DEFENDANTS TROY UNIVERSITY-DOTHAN, DR. SANDRA JONES, DR. GREG RUEDIGER, AND PAM PARRIS

Pursuant to Section 10 of the Court's December 8, 2006, Scheduling Order, Defendants Troy University-Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris ("Troy Defendants") submit the following trial witness list:

**A.   WITNESSES THE TROY DEFENDANTS EXPECT TO CALL**

1. Dr. Sandra Jones
   c/o Ogletree, Deakins
   One Federal Place, Suite 1000
   1819 5th Avenue North
   Birmingham, Alabama 35203

2. Nancy Miller
   100 Oak Manor
   Midland City, Alabama

3. Dr. Victoria Morin
   c/o Ogletree, Deakins

        One Federal Place , Suite 1000
        1819 5th Avenue North
        Birmingham, Alabama 35203

4.    Pam Parris
      c/o Ogletree, Deakins
      One Federal Place , Suite 1000
      1819 5th Avenue North
      Birmingham, Alabama 35203

5.    Dr. Greg Ruediger
      c/o Ogletree, Deakins
      One Federal Place , Suite 1000
      1819 5th Avenue North
      Birmingham, Alabama 35203

**B.**    **WITNESSES THE TROY DEFENDANTS MAY CALL**

1.    Riley Joe Andrews
      c/o Kevin Walding
      Hardwick, Hause, Segrest & Walding
      Post Office Box 1469
      Dothan, Alabama 36302

2.    Stacey Ezell
      Katherine Hortberg
      Boardman, Carr & Hutcheson, P.C.
      P.O. Box 382886
      Birmingham, Alabama 35238-2886

3.    Dr. Cynthia Lumpkin
      c/o Ogletree, Deakins
      One Federal Place , Suite 1000
      1819 5th Avenue North
      Birmingham, Alabama 35203

4.    Kenneth Lord
      c/o Kevin Walding

       Hardwick, Hause, Segrest & Walding
       Post Office Box 1469
       Dothan, Alabama 36302

5.    Larry Norris
       c/o Kevin Walding
       Hardwick, Hause, Segrest & Walding
       Post Office Box 1469
       Dothan, Alabama 36302

6.    Tim Pitchford
       c/o Kevin Walding
       Hardwick, Hause, Segrest & Walding
       Post Office Box 1469
       Dothan, Alabama 36302

7.    Paul Strange
       Katherine Hortberg
       Boardman, Carr & Hutcheson, P.C.
       P.O. Box 382886
       Birmingham, Alabama 35238-2886

8.    Lisa Townes
       c/o Kevin Walding
       Hardwick, Hause, Segrest & Walding
       Post Office Box 1469
       Dothan, Alabama 36302

9.    Any non-objectionable witnesses listed on the witness lists submitted by Plaintiff Nancy Miller, Defendant Houston County Board of Education, Defendant Riley Joe Andrews, Defendant Stacy Ezell, Defendant Kenneth Lord, Defendant Tim Pitchford, and Defendant Paul Strange.

10.   Any witness needed for impeachment purposes.

WHEREFORE, pursuant to Section 10 of the Court's December 8, 2006, Scheduling Order, Defendants Troy University-Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris submit the above trial witness list.

>Respectfully submitted,
>
>s/ Joseph V. Musso
>Bar No:  ASB-4825-O40J
>Peyton Lacy, Jr.
>James C. Pennington
>***Attorneys for Defendants Troy University, et al***
>Ogletree, Deakins, Nash,
>   Smoak & Stewart, P.C.
>One Federal Place, Suite 1000
>1819 Fifth Avenue North
>Birmingham, Alabama  35203-2118
>Telephone:  (205) 328-1900
>Facsimile:  (205) 328-6000
>Email:joseph.musso@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley
E-mail:  brantleymcle@graceba.net

Winn Faulk
E-mail:  winnfaulk@bellsouth.net

James K. Walding
E-mail:  kwalding@graceba.net

4

Jere C. Segrest
E-mail:  jerecs@aol.com

Katherine C. Hortberg
E-mails:  khortberg@boardmancarr.com
            mail@bcwhlaw.com

<u>s/ Joseph V. Musso</u>
OF COUNSEL
