IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:06-CV-940-WKW |
| TROY UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**TRIAL EXHIBIT LIST ON BEHALF OF DEFENDANTS
TROY UNIVERSITY-DOTHAN, DR. SANDRA JONES,
DR. GREG RUEDIGER, AND PAM PARRIS**

Pursuant to Section 11 of the Court's December 8, 2006, Scheduling Order, Defendants Troy University-Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris ("Troy Defendant") submit the following trial exhibit list:

1. April 27, 2004, email from Dr. Victoria Morin to Pam Parris

2. April 27, 2004, "Faculty Recommendation of Prospective Internship" signed by Dr. Victoria Morin

3. June 1, 2004, Letter from Pam Parris to Nancy Miller

4. July 28, 2004, Internship Agreement Between Houston County Schools and Troy University Dothan Campus

5. August 26, 2004, "Nancy Miller Observation and Debriefing" by Dr. Greg Ruediger

6. August 30, 2004, College of Education Internship Observation

7. September 11, 2004, 1:53 p.m. Blackboard Learning System "Class Introduction" by Nancy Miller

8. September 11, 2004, 2:52 p.m. Blackboard Learning System "Discussion #2: Surprises" by Nancy Miller

9. September 11, 2004, 6:10 p.m. Blackboard Learning System "Discussion #2: Surprises" by Nancy Miller

10. September 11, 2004, email from Nancy Miller to Pam Parris and Dr. Sandra Jones

11. September 13, 2004, email from Nancy Miller to Pam Parris

12. September 24, 2004, memo from Nancy Miller to Tim Pitchford

13. September 24, 2004, memo signed by Virginia Singletary

14. Nine enumerated "Concerns Expressed by Mrs. Nancy Miller" signed by Virginia Singletary

15. Letter from Riley Andrews to Pam Parris

16. Memo from Houston County High School to Pam Parris signed by Stacey Ezell and Paul Strange

17. September 26, 2004, email from Nancy Miller to Dr. Sandra Jones

18. September 30, 2004, College of Education Internship Observation

19. September 30, 2004, "Nancy Miller Debriefing" Memo by Dr. Greg Ruediger

20. September 30, 2004, Report of Observation for Nancy Miller

21. October 1, 2004, email from Nancy Miller to Dr. Sandra Jones

22. October 6, 2004, email from Dr. Cynthia Lumpkin to Pam Parris

23. October 18, 2004, Letter from Pam Parris to Kenneth Lord

24. October 18, 2004, Letter from Nancy Miller to Dr. Sandra Jones

25. October 19, 2004, Letter from Kenneth Lord to Nancy Miller

26. College of Education Professional Internship Program Handbook

27. Exhibit 30 to Plaintiff's July 17, 2007, Deposition

28. Exhibit 33 to Plaintiff's August 23, 2007, Deposition, Plaintiff's Desk Planner

29. November 30, 2004, T.E.P. Minutes

WHEREFORE, pursuant to Section 11 of the Court's December 8, 2006, Scheduling Order, Defendants Troy University-Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris submit the above trial exhibit list.

    Respectfully submitted,

    s/ Joseph V. Musso
    Bar No: ASB-4825-O40J
    Peyton Lacy, Jr.
    James C. Pennington
    ***Attorneys for Defendants Troy University, et al***
    Ogletree, Deakins, Nash,
       Smoak & Stewart, P.C.
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, Alabama 35203-2118
    Telephone: (205) 328-1900
    Facsimile: (205) 328-6000

Email:joseph.musso@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley
E-mail: brantleymcle@graceba.net

Winn Faulk
E-mail: winnfaulk@bellsouth.net

James K. Walding
E-mail: kwalding@graceba.net

Jere C. Segrest
E-mail: jerecs@aol.com

Katherine C. Hortberg
E-mails: khortberg@boardmancarr.com
          mail@bcwhlaw.com

                                      s/ Joseph V. Musso
                                      OF COUNSEL