```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

NANCY MILLER,                    *
                                 *
     PLAINTIFF                   *
                                 *
vs.                              *
                                 *    CASE NO.1:06-CV-940-MEF
HOUSTON COUNTY BOARD OF          *
EDUCATION, KENNETH LORD,         *
RILEY JOE ANDREWS, TIM           *
PITCHFORD, PAUL STRANGE,         *
STACY EZELL, TROY                *
UNIVERSITY, DOTHAN, SANDRA       *
JONES, PAM PARRIS and            *
GREG RUEDIGER,                   *
                                 *
     DEFENDANTS.                 *
```

## DEPOSITION DESIGNATION

THE DEFENDANTS, Houston County Board of Education, former Superintendent Kenneth Lord, Superintendent Tim Pitchford, and Riley Joe Andrews, designate the following portions of depositions for possible use, if necessary, during the trial of this matter.

**1.  First deposition of Nancy Miller (July 17, 2007):**

    a.  56 line 23 through 60 line 7.

    b.  69 line 23 through 70 line 5.

    c.  73 line 16 through 74 line 21.

    d.  82 lines 6-11.

    e.  85 lines 10-14.

f.   86 lines 2-6.

g.   87 line 18 through 88 line 19.

h.   97 line 11 through 98 line 5.

i.   113 line 24 through 115 line 18.

j.   144 lines 2-21.

k.   150 line 15 through 151 line 7.

l.   161 lines 2-20.

m.   169 lines 5-18.

n.   176 line 18 through 177 line 6.

o.   187 line 24 through 188 line 7.

p.   209 lines 2-6.

q.   209 lines 14-20.

r.   210 lines 1-11.

s.   220 lines 11-17.

t.   230 lines 10-20.

u.   230 line 21 through 232 line 4.

v.   240 lines 14-21.

w.   266 lines 3-8, 16-22.

x.   268 line 3 through 269 line 6.

y.   283 lines 8-20.

z.   288 lines 1-8.

aa.  290 lines 18-23.

      bb. 292 line 24 through 293 line 10.

      cc. 306 lines 2-18.

      dd. 307 lines 1-10.

      ee. 309 lines 17-25.

      ff. 311 lines 2-9.

      gg. 340 line 20 through 341 line 13.

      hh. 355 line 23 through 357 line 25.

**2. Second deposition of Nancy Miller (August 23, 2007):**

      a. 137 line 20 through 139 line 15.

      b. 140 lines 7-20.

      c. 155 lines 6-25.

**3. Deposition of Dr. Sandra Jones:**

      a. 62 line 20 through 63 line 2.

      b. 64 line 20 through 66 line 13.

      c. 66 line 14 through 68 line 13.

**4. Deposition of Tim Pitchford:**

      a. 103 line 3 through 104 line 1.

**5. Deposition of Virginia Singletary:**

      a. 8 line 3 through 12 line 15.

**6. Deposition of Kenneth Lord:**

      a. 32 line 3 through 33 line 3.

7.  **Deposition of Dr. Greg Ruediger:**

    a.  148 line 23 through 153 line 3.

    b.  153 line 21 through 154 line 23.

                             HARDWICK, HAUSE, SEGREST & WALDING

                           BY: /s/ Jere C. Segrest
                                 Jere C. Segrest (SEG005)
                                 ASB-1759-S-80J

                           BY: /s/ Kevin Walding
                                 Kevin Walding (WAL036)
                                 ASB-8121-I-69J
                                 Post Office Box 1469
                                 Dothan, Alabama 36302
                                 Phone:  (334)794-4144
                                 Fax:    (334)671-9330
                                 ATTORNEYS FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, this date, I have served a copy of this document on the following individual(s)or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & HAYWOOD
401 N. Foster Street
Dothan, Alabama 36303

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

Mr. James C. Pennington
Mr. Joseph Vincent Musso
Mr. Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

    This the 6th day of February, 2008.

                        /s/ Kevin Walding
                        Of Counsel