```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

NANCY MILLER,                   \*
                                \*
     PLAINTIFF                  \*
                                \*
vs.                             \*
                                \*   CASE NO.1:06-CV-940-MEF
HOUSTON COUNTY BOARD OF         \*
EDUCATION, KENNETH LORD,        \*
RILEY JOE ANDREWS, TIM          \*
PITCHFORD, PAUL STRANGE,        \*
STACY EZELL, TROY               \*
UNIVERSITY, DOTHAN, SANDRA      \*
JONES, PAM PARRIS and           \*
GREG RUEDIGER,                  \*
                                \*
     DEFENDANTS.                \*

## EXHIBIT LIST

THE DEFENDANTS, Houston County Board of Education, et al., submit the following list of exhibits it/they reserve the right to use during the trial of this matter:

1. Original sign-in/out sheets for Nancy Miller September 1, 2004 through November 2, 2004.[1]  (2 pages).

2. Email from Victoria Morin to Pam Parris dated April 27, 2004.

3. Faculty recommendation of Prospective Internship

---

[1] The Houston County Board Defendant's Exhibit numbers follow the same numbering used during depositions except where noted.  The HCBOE Defendants did not use an Exhibit 1 in depositions.  This exhibit is the same as that marked as Plaintiff's Exhibit 8 during the deposition of Barbara Hamm.

dated April 27, 2004.

    4.    Letter from Pam Parris to Nancy Miller dated June 1, 2004.

    5.    Alabama Professional Educator Certificate for Nancy Miller.[2]  (page 25 of Plaintiff s Exhibit 6 to the deposition of Larry Norris).

    6.    Internship Agreement between HCBOE, Troy University and Nancy Miller.

    7.    Internship Observation by Greg Ruediger dated August 26, 2004.

    8.    Observation and Debriefing by Greg Ruediger dated August 26, 2004.

    9.    Internship Observation by Paul Strange dated August 30, 2004.

    10.    Blackboard posting by Nancy Miller dated September 11, 2004 (Class Introductions).

    11.    Blackboard posting by Nancy Miller dated September 11, 2004 (Surprises).

    12.    Email from Nancy Miller to Pam Parris and Sandra Jones dated September 11, 2004.

---

[2] The HCBOE Defendants did not use an Exhibit 5 during depositions.

13. Email from Nancy Miller to Pam Parris dated September 13, 2004.

14. Memo from Nancy Miller to Tim Pitchford dated September 24, 2004.

15. Memo from Virginia Singletary with a date included therein of September 24, 2004 concerning Nancy Miller.

16. Memo from Virginia Singletary regarding concerns expressed by Nancy Miller.

16A. Note from Virginia Singletary of September 24, 2004 re: telephone conference with Tim Pitchford. (Defendant s Initial Disclosure document # 9).

17. Letter from Riley Joe Andrews to Pam Parris regarding concerns about Nancy Miller.

18. Letter to Pam Parris/Troy University Dothan from Houston County High School bearing signatures of Stacy Ezell and Paul Strange regarding incidences occurring at Houston County High School involving Nancy Miller.

19. Email from Nancy Miller to Sandra Jones, Pam Parris and Greg Ruediger dated September 26, 2004.

20. Internship Observation by Greg Ruediger dated September 30, 2004.

21. Nancy Miller debriefing memo by Greg Ruediger

dated September 30, 2004.

    22.   Response to Report of Observation by Nancy Miller dated October 1, 2004.

    23.[3]  Substitute Teacher's Certificate for Nancy Miller issued August 20, 2001 and valid from July 1, 2000 to June 30, 2005.  (Defendant's Initial Disclosure document # 22).

    24.   Email from Nancy Miller to Sandra Jones and Pam Parris dated October 1, 2004.

    25.   Email or memo from Cynthia Lumpkin at Troy State to Pam Parris regarding debriefing with Nancy Miller.

    26.   Letter from Pam Parris to Houston County Schools/Kenneth Lord dated October 18, 2004 regarding termination of internship.

    27.   Letter from Nancy Miller to Sandra Jones dated October 18, 2004.

    28.   Letter from Kenneth Lord to Nancy Miller dated October 19, 2004 regarding termination of internship and internship agreement of July 28, 2004.

    29.   Professional Internship Program Handbook of Nancy Miller.

---

    [3]The HCBOE Defendants did not use an Exhibit 23 during depositions.

30. Greg Ruediger's memo of professional comments from Tim Pitchford, Paul Strange and Lisa Towns dated September 30, 2004.

31. Blackboard posting by Nancy Miller dated September 11, 2004 (Discussion #2 Surprises).

32. Typed notes from T.E.P. meeting dated November 30, 2004. (Defendant's Exhibit 34 to second deposition of Nancy Miller).

33. Two completed leave request forms signed by Nancy Miller. (2 pages) (Defendant's Initial Disclosure documents ## 27-28).

34. Outline of Inservice Seminar given on July 27, 2004 by Riley Joe Andrews with Nancy Miller in attendance. (Defendant's Initial Disclosure documents ## 827-828).

35. Exemplar Houston County Board Teacher's Handbook. (Defendant's Initial Disclosure documents ## 829-899).

36. Nancy Miller's Application for Employment with the Dothan City Schools dated June 9, 2005. (pages 1-4 of Plaintiff's Exhibit 6 to the deposition of Larry Norris).

37. Nancy Miller resume (page 28 of Plaintiff's Exhibit 6 to the deposition of Larry Norris).

38. Grade report or transcript for Nancy Miller dated

June 9, 2005. (pages 29-32 of Plaintiff's Exhibit 6 to the deposition of Larry Norris).

39. Report of Focused Monitoring by the Alabama Department of Education of Houston County Schools special education department accomplished February 18, 2004 with cover letter dated March 12, 2004. (Plaintiff's Exhibit 3 to the deposition of Riley Joe Andrews).

40. Report of Focused Monitoring by the Alabama Department of Education of Houston County Schools special education department accomplished April 2006 with cover letter dated May 12, 2006. (Plaintiff's Exhibit 4 to the deposition of Virginia Singletary).

The Defendants also reserve the right to use any document or tangible meeting the following descriptions:

    a.   Any and all depositions taken during discovery and any exhibits attached thereto.

    b.   Any exhibits necessary for rebuttal.

    c.   Any exhibits necessary for impeachment.

    d.   Any exhibits inadvertently omitted such that said exhibits admissibility is relevant and required for a just and fair determination of the issues before this Court;

    e.   Any exhibits discovered hereafter.

    f.    The Defendants reserve the right to use any exhibit marked or identified by any other party to this matter.

    g.    The Defendants reserve the right to amend this Exhibit List as necessary with leave of Court.

 

HARDWICK, HAUSE, SEGREST & WALDING

BY: /s/ Jere C. Segrest
    Jere C. Segrest (SEG005)
    ASB-1759-S-80J

BY: /s/ Kevin Walding
    Kevin Walding (WAL036)
    ASB-8121-I-69J
    Post Office Box 1469
    Dothan, Alabama 36302
    Phone:  (334)794-4144
    Fax:    (334)671-9330
    ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that, this date, I have served a copy of this document on the following individual(s)or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & HAYWOOD
401 N. Foster Street
Dothan, Alabama 36303

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

Mr. James C. Pennington
Mr. Joseph Vincent Musso
Mr. Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

    This the 6th day of February, 2008.

                /s/ Kevin Walding
                Of Counsel