```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

NANCY MILLER,                    *
                                 *
    PLAINTIFF                    *
                                 *
vs.                              *
                                 *   CASE NO.1:06-CV-940-MEF
HOUSTON COUNTY BOARD OF          *
EDUCATION, KENNETH LORD,         *
RILEY JOE ANDREWS, TIM           *
PITCHFORD, PAUL STRANGE,         *
STACY EZELL, TROY                *
UNIVERSITY, DOTHAN, SANDRA       *
JONES, PAM PARRIS and            *
GREG RUEDIGER,                   *
                                 *
    DEFENDANTS.                  *

## WITNESS LIST

THE DEFENDANTS, Houston County Board of Education, former Superintendent Kenneth Lord, Superintendent Tim Pitchford, and Riley Joe Andrews, submit the following list of persons it/they expect to call as witnesses during the trial of this matter and list of persons it/they may call during the trial of this matter.

    **A.   Witnesses Defendants Expect to Call:**

    1.   Kenneth Lord.

    2.   Tim Pitchford.

    3.   Riley Joe Andrews.

    4.   Paul Strange.

5. Stacy Ezell.

6. Virginia Singletary.

7. Kathy Keasler.

8. Starla Smith.

9. Greg Ruediger.

10. Sandra Jones.

11. Pam Parris.

12. Barbara Hamm.

**B. Witnesses Defendants May Call:**

13. Lisa Towns.

14. Scott Stevens.

15. Kathleen Elizabeth Monday.

16. Beverly Teat.

17. Paul Payne.

18. Melissa Sims.

19. Amy Dease McNeill.

20. Carol Dease.

21. Raymond Aman.

22. Bobby Harrell.

23. Jimmy Kilgore.

24. Doyle Bond.

25. Dorothy Butts.

26. Ken Lane.

27. Donny Smith.

C. Defendants reserve the right to call any person identified in discovery as well as any additional witnesses who may become known during discovery.

D. Defendants reserve the right to use or call any witnesses listed by Plaintiff or by any Co-Defendant.

E. Defendants reserve the right to use any witnesses necessary for rebuttal.

F. Defendants reserve the right to use any witnesses necessary for impeachment.

G. Defendants reserve the right to amend and supplement this identification of witnesses as additional information of the issues before this Court becomes available and upon leave of Court.

H. Any witnesses inadvertently omitted but whose testimony is relevant and required for a just and fair determination of the issues before this Court.

                HARDWICK, HAUSE, SEGREST & WALDING

                BY: /s/ Jere C. Segrest
                    Jere C. Segrest (SEG005)
                    ASB-1759-S-80J

```
                        BY: /s/ Kevin Walding
                            Kevin Walding (WAL036)
                            ASB-8121-I-69J
                            Post Office Box 1469
                            Dothan, Alabama 36302
                            Phone:  (334)794-4144
                            Fax:    (334)671-9330
                            ATTORNEYS FOR DEFENDANTS
```

## CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Winn Faulk, Esquire
FAULK & REED
524 S. Union Street
Montgomery, Alabama 36104-4626

Thomas K. Brantley, Esquire
BRANTLEY & HAYWOOD
401 N. Foster Street
Dothan, Alabama 36303

Mark S. Boardman, Esq.
Katherine Hortberg, Esq.
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-2811

Mr. James C. Pennington
Mr. Joseph Vincent Musso
Mr. Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

This the 6th day of February, 2008.

                         /s/ Kevin Walding
                         Of Counsel