IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-940-MEF-TFM |
| ) | |
| HOUSTON COUNTY BOARD ) | |
| OF EDUCATION, et al. ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANTS PAUL STRANGE AND STACEY EZELL'S
EXHIBIT LIST**

COME NOW Defendants Stacey Ezell and Paul Strange, and pursuant to this Court's pretrial scheduling Order, and submits this, their exhibit list, for trial:

I. <u>Documents and Exhibits the defendants plan to use at trial</u>:

At this time, the defendants have not decided the format of exhibits they plan to use at trial, and reserve the right to use each of the following in document form, projection form or the original document form:

1. Nine point memorandum from Houston County High School to Pam Parris/ Troy University Dothan, signed by Stacey Ezell and Paul Strange;

2. Internship Agreement Between Houston County Schools and Troy University Dothan Campus;

3. Internship observation by Paul Strange of Nancy Miller on August 30, 2004;

4. Troy University College of Education Professional Internship Program

Handbook;

5. Sign-in/ sign-out sheets for Nancy Miller from September 1, 2004 through November 2, 2004;

6. Email from Dr. Victoria Morin to Pam Parris dated April 27, 2004;

7. Faculty recommendation of Prospective Internship dated April 27, 2004;

8. Letter from Pam Parris to Nancy Miller dated June 1, 2004;

9. Alabama Professional Educator Certificate for Nancy Miller;

10. Internship Agreement between the Houston County Board of Education, Troy University and Nancy Miller;

11. Internship observation by Dr. Greg Ruediger of Nancy Miller dated August 24, 2004;

12. Observation and Debriefing by Dr. Greg Ruediger dated August 26, 2004;

13. Blackboard posting by Nancy Miller dated September 11, 2004 (Class Introductions);

14. Blackboard posting by Nancy Miller dated September 11, 2004, 2:52 p.m. (Discussion #2: Surprises);

15. Email from Nancy Miller to Pam Parris and Dr. Sandra Jones dated September 11, 2004;

16. Email from Nancy Miller to Pam Parris dated September 13, 2004;

17. Memo from Nancy Miller to Tim Pitchford dated September 24, 2004;

18. Memo from Virginia Singletary dated September 24, 2004 concerning Nancy

Miller;

19. Memo from Virginia Singletary regarding concerns expressed by Nancy Miller;

20. Note from Virginia Singletary dated September 24, 2004 regarding a telephone conference with Tim Pitchford;

21. Letter from Riley Joe Andrews to Pam Parris regarding concerns about Nancy Miller;

22. Email from Nancy Miller to Dr. Sandra Jones, Pam Parris and Dr. Greg Ruediger dated September 26, 2004;

23. Internship observation by Dr. Greg Ruediger of Nancy Miller dated September 30, 2004;

24. Debriefing by Dr. Greg Ruediger dated September 30, 2004;

25. Response to report of observation by Nancy Miller dated October 1, 2004;

26. Substitute Teacher's Certificate for Nancy Miller issued August 20, 2001 and valid from July 1, 2000 to June 30, 2005;

27. Email from Nancy Miller to Dr. Sandra Jones and Pam Parris dated October 1, 2004;

28. Email from Dr. Cynthia Lumpkin to Pam Parris regarding the debriefing with Nancy Miller;

29. Letter from Pam Parris to Houston County Schools/ Kenneth Lord dated October 18, 2004 regarding the termination of Nancy Miller' internship;

30. Letter from Nancy Miller to Dr. Sandra Jones dated October 18, 2004;

31. Memo from Dr. Greg Ruediger regarding professional comments from Tim Pitchford, Paul Strange and Lisa Towns dated September 30, 2004;

32. Blackboard posting by Nancy Miller dated September 11, 2004, 6:10 p.m. (Discussion #2: Surprises);

33. Typed notes from T.E.P. meeting dated November 30, 2004;

34. Two completed leave request forms signed by Nancy Miller;

35. Outline of inservice seminar given on July 27, 2004 by Riley Joe Andrews with Nancy Miller in attendance;

36. Houston County Board of Education Teacher's Handbook;

37. Nancy Miller's application for employment with the Dothan City Schools dated June 9, 2005;

38. Nancy Miller resume;

39. Grade report of transcript for Nancy Miller dated June 9, 2005;

40. Exhibit 30 to Nancy Miller's July 17, 2007 Deposition;

41. Exhibit 33 to Nancy Miller's August 23, 2007 Deposition;

42. Report of focused monitoring by the Alabama Department of Education of Houston County Schools Special Education Department accomplished February 18, 2004 with cover letter dated March 12, 2004; and

43. Report of focused monitoring by the Alabama Department of Education of Houston County Schools Special Education Department accomplished April 2006 with cover letter dated May 12, 2006.

II. <u>Documents the defendants may use at trial</u>:

    1.    Only to the extent and for those parts admissible and required by this Court to be listed as an Exhibit, the exhibits attached to the depositions of the parties taken in this case; and

    2.    Any document listed on plaintiff's and any co-defendant's exhibit lists.

Any other documents needed for rebuttal, impeachment, authentication, corroboration, and/or to address issues previously not raised in this case, but raised by plaintiff at trial, in accordance with the Court's rulings, Pretrial Order, the Federal Rules of Civil Procedure and Federal Rules of Evidence.

By disclosing the exhibits above, the defendants do not agree or stipulate that any or all of the exhibits are admissible and reserve their right to object as allowed by the Court's pretrial Order, the Federal Rules of Evidence and the Federal Rules of Civil Procedure. Though the defendants do not anticipate any other exhibits, as their right, the defendants reserve the right to utilize any exhibits listed or used by any other party to which the defendants do not object or exhibits for rebuttal, impeachment, corroboration or authentication of evidence or testimony, and in addition, for any unanticipated general or specific issue which may arise at trial concerning any aspect of the allegations.

        Respectfully submitted,

        */s/Katherine C. Hortberg*
        Mark S. Boardman (ASB-8572-B65M)
        Katherine C. Hortberg (ASB-5374-B34K)
        BOARDMAN, CARR, HUTCHESON
            & BENNETT, P.C.
        400 Boardman Drive
        Chelsea, AL 35043-8211
        Telephone: (205) 678-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **6th** day of **February**, **2008**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

Thomas Kirven Brantley Esq.
Brantley & Amason
401 North Foster Street
Dothan, Alabama 36303

Winn Faulk, Esq.
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

James C. Pennington, Esq.
Joseph Vincent Musso, Esq.
Peyton Lacy, Jr., Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, PC
1819 5th Avenue North
One Federal Place, Suite 1000
Birmingham, Alabama 35203

Jere C. Segrest, Esq.
James K. Walding, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

        */s/ Katherine C. Hortberg*
        Of Counsel