IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-940-MEF-TFM |
| ) | |
| HOUSTON COUNTY BOARD ) | |
| OF EDUCATION, et al. ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANTS PAUL STRANGE AND STACEY EZELL'S
WITNESS LIST**

COME NOW Defendants Stacey Ezell and Paul Strange, and pursuant to this Court's pretrial scheduling Order, and submits this, their witness list, for trial:

I. At trial, the defendants currently plan to call the following witnesses:

1. Defendant Stacey Ezell, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

2. Defendant Paul Strange, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

3. Records custodian from the Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331.

II. <u>At trial, the defendants may call the following witnesses</u>:

1.  Tim Pitchford, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

2.  Riley Joe Andrews, retired employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

3.  Virginia Singletary, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

4.  Kenneth Lord, retired employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

5.  Lisa Towns, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

6.  Barbara Hamm, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

7.  Larry Norris, employee of the Dothan City Board of Education, c/o Houston County Board of Education's counsel;

8.  Dr. Greg Ruediger, c/o Troy University's counsel;

9.  Dr. Sandra Jones, c/o Troy University's counsel;

10. Pam Parris, c/o Troy University's counsel;

11. Kathy Keasler, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

12. Starla Smith, employee of Houston County Board of Education, c/o Houston County Board of Education, 404 West Washington Street, Dothan, Alabama 36302, (334)792-8331;

13. Dr. Victoria Morin, c/o Troy University's counsel; and

14. Dr. Cynthia Lumpkin, c/o Troy University's counsel.

Any other witnesses needed for rebuttal, impeachment, authentication, corroboration, and/or to address issues previously not raised in this case, but raised by plaintiff at trial, in accordance with the Court's rulings, Pretrial Order, the Federal Rules of Civil Procedure and Federal Rules of Evidence.

By disclosing the witnesses above, the defendants do not agree or stipulate that any or all of the testimony of any such witness or any deposition the witness may have given (in its entirety) is admissible and reserves their right to object as allowed by the Court's pretrial Order, the Federal Rules of Evidence and the Federal Rules of Civil Procedure. Though the defendants do not anticipate any other witnesses, as their right, the defendants reserve the right to call any witnesses listed or called by any other party to which the defendants do not object or witnesses for rebuttal, impeachment, corroboration or authentication of evidence or testimony, and in addition, for any unanticipated general or specific issue which may arise at trial concerning any aspect of the allegations.

Respectfully submitted,

*/s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
Katherine C. Hortberg (ASB-5374-B34K)
BOARDMAN, CARR, HUTCHESON,
   & BENNETT, P.C.
400 Boardman Drive
Chelsea, AL 35043-8211
Telephone: (205) 678-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **6th** day of **February**, **2008**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

Thomas Kirven Brantley Esq.
Brantley & Amason
401 North Foster Street
Dothan, Alabama 36303

Winn Faulk, Esq.
Faulk & Reed
524 South Union Street
Montgomery, Alabama 36104

James C. Pennington, Esq.
Joseph Vincent Musso, Esq.
Peyton Lacy, Jr., Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, PC
1819 5th Avenue North
One Federal Place, Suite 1000
Birmingham, Alabama 35203

Jere C. Segrest, Esq.
James K. Walding, Esq.
Hardwick, Hause & Segrest
Post Office Box 1469
Dothan, Alabama 36302-1469

*/s/ Katherine C. Hortberg*
Of Counsel