IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No.<u>1:06-cv-940-MEF</u> |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

## PLAINTIFF'S DESIGNATIONS OF DEPOSITION EXCERPTS

Comes now the Plaintiff, through counsel, and designates the following deposition excerpts, pursuant to Rule 26(a)(3) of the FCRP , except for those that may be used solely for impeachment purposes:

1. Andrews, Riley Joe            (p. 25, p.26, l2 – p. 28, l. 20)
                                 (p. 38, l. 21 – p. 39, l. 20)
                                 (p. 53, l. 16 – p. 54, l. 10)

2. Hamm, Barbara                 (p. 14, l.17 – p. 18, l. 25)
                                 (p. 25, l. 20 – p. 26, l. 13)
                                 (p. 27, l. 23 – p. 28, l. 21)
                                 (p. 29, ll. 2-21)
                                 (p. 30, ll. 22-25)
                                 (p. p. 32, ll. 16-22)

3. Jones, Sandra						(p. 12, l. 25 – p. 13, l. 16)
								(p. 14, l. 25 – p. 16, l. 3)
								(p. 76, l. 12 – p. 77, l. 16)

4. Lord, Kenneth						(p. 14, l. 23 – p. 15, l. 23)
								(p. 30, l. 2 – p. 31, l. 17)
								(p. 33. l. 10 – p. 36, l. 23)
								(p. 36, ll. 12-20)

5.  Miller, Nancy; July 17, 2007				(p. 117, l. 9 – p. 30, l. 4)
								(p. 130, ll.5-6)
								(p. 170, l. 7 – p. 171, l. 13, and p. 177, l. 7 – p. 178, l. 1)
								(p. 198, l. 19 – p. 201, 19)
								(p. 200, ll. 15-16)
								(p. 316, l. 2)
								(p. 322, ll. 8-11)

6. Parris, Pam						(p. 12, l. 21 – p. 13, l. 19)
								(p. 27, l.3 – p. 28, l. 22)
								(p. 27-28 and pp. 44, ll. 1-15)
								(p. 29, l. 8 – p. 33, l. 24)

7. Pitchford, Tim						(p. 61, ll. 18-25)
								(p. 62, ll. 1-14)
								 (p. 67, l. 21 – p. 68, l. 13)
								(p. 74, ll. 12-18; p. 75, l. 4 – p. 76, l.6)

8. Ruediger, Greg						(p. 10, l. 13 – p. 11, l. 1)
								(p. 93, l. 25 – p. 94, l. 5)
								(p. 96, l. 20 – p. 104, l. 25)
								(p. 101, l. 22 – p. 102, l. 11)
								(p. 120, l. 17 – 121, l. 4)
								(p. 121, l. 5 – p. 126, l. 8)

9. Sears, James						In its entirety.

10. Singletary, Virginia					(p. 8, l. 3 – p. 12, l. 15)
								(p. 14 -15)
								(p. 16, l. 17 – p. 17, l. 3; and p. 17, l. 4 – p. 18, l. 1)

| | |
|---|---|
| 11. Strange, Paul | (p. 89, l. 19 – p. 90, l. 11, and p. 94, l. 21 – p. 95, l. 10) |
| | (p. 101, ll. 21-25) |
| | (p. 186, ll. 15-25) |
| | (p. 211, ll. 11-13) |

Respectfully submitted,


  s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net



    s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net


**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and

James K. Walding, Esq.
E-mail: kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.
Hardwick, Hause, & Segrest
P.O. Box 1469
Dothan, AL 36302

Joseph V. Musso, Esq.
E-mail: joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Mark S. Boardman
E-mail: mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail: khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell
400 Boardman Drive
Chelsea, AL 35043

                                        s/Winn Faulk
                                        WINN FAULK (ASB-3091-L48W)
                                        Attorney for Plaintiff