IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| | * |
| v. | *   Case No. 1:06-cv-940-MEF |
| | * |
| | * |
| HOUSTON COUNTY BOARD OF | * |
| EDUCATION; | * |
| KENNETH LORD; | * |
| RILEY JOE ANDREWS; | * |
| TIM PITCHFORD; | * |
| PAUL STRANGE; | * |
| STACY EZELL; | * |
| TROY UNIVERSITY, DOTHAN; | * |
| SANDRA JONES; | * |
| PAM PARRIS; | * |
| and | * |
| GREG RUEDIGER, | * |
| | * |
| DEFENDANTS. | * |

### Plaintiff's Exhibit List

Plaintiff Nancy Miller identifies the exhibits listed by Defendants Houston County Board of Education; Kenneth Lord; Riley Joe Andrews; Tim Pitchford; Paul Strange; Stacy Ezell; Troy State University, Dothan; Sandra Jones; Pam Parris; and Greg Ruediger at trial. In addition, Plaintiff identifies the following, pursuant to Rule 26(a)(3) of the FCRP:

| No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Excerpts of deposition of Andrews, Riley Joe designated by Plaintiff on 2/6/08 | | |
| 2. | Excerpts of deposition of Ezell, Stacy designated by Plaintiff on 2/6/08 | | |
| 3, | Excerpts of deposition of Hamm, Barbara designated by Plaintiff on 2/6/08 | | |
| 4. | Excerpts of deposition of Jones, Sandra designated by Plaintiff on 2/6/08 | | |

| | | | |
|---|---|---|---|
| 5. | Excerpts of deposition of Lord, Kenneth designated by Plaintiff on 2/6/08 | | |
| 6. | Excerpts of deposition of Miller, Nancy (7/17/07) designated by Plaintiff on 2/6/08 | | |
| 7. | Excerpts of deposition of Miller, Nancy (8/23/07) designated by Plaintiff on 2/6/08 | | |
| 8. | Excerpts of deposition of Parris, Pam designated by Plaintiff on 2/6/08 | | |
| 9. | Excerpts of Deposition of Pitchford, Tim designated by Plaintiff on 2/6/08 | | |
| 10. | Excerpts of deposition of Ruediger, Greg designated by Plaintiff on 2/6/08 | | |
| 11. | Excerpts of deposition of Sears, James designated by Plaintiff on 2/6/08 | | |
| 12. | Excerpts of deposition of Singletary, Virginia designated by Plaintiff on 2/6/08 | | |
| 13. | Excerpts of deposition of Strange, Paul designated by Plaintiff on 2/6/08 | | |
| 14. | Excerpts of deposition of Towns, Lisa designated by Plaintiff on 2/6/08 | | |
| 15. | Dep, DX-2, Email from Victoria Morin to Pam Parris, dated 4/27/04, 1:52pm, re: Nancy Miller letter of recommendation. Morin has concerns. | | |
| 16. | Dep, DX-4, Letter to Miller from Parris, dated 6/1/04, advising some reservations about her and a TEP committee meeting was scheduled. | | |
| 17. | Dep, DX-5, Complaint with summons to Lord | | |
| 18. | Dep, DX-6, internship agreement between HCBOE and TSUD, signed by Pitchford, Strange, Miller, Parris, Jones | | |
| 19. | Dep, DX-7, Internship Observation 1, dated 8/26/04, signed by Miller and Ruediger | | |
| 20. | Dep, DX-8, Miller Observation and Debriefing, dated 8/26/04, signed by Ruediger | | |
| 21. | Dep, DX-9, Internship Observation 1, dated 8/30/04, signed by Miller and Strange | | |
| 22. | Dep, DX-10, Blog entry by Miller, subject: Class Introduction, dated 9/11/04, 1:53pm | | |
| 23. | Dep, DX-11, Blog entry by Miller, subject: Surprises, dated 9/11/04, 2:52pm | | |
| 24. | Dep, DX-12, Email from Miller to Parris with cc to Jones, dated 9/11/04, 5:48pm, re: Nancy Miller wk3 | | |
| 25. | Dep, DX-13, Email from Miller to Parris, dated 9/13/04, 4:33pm, re: response to Nancy Miller wk3 | | |

2

| 26. | Dep, DX-14, Memo to Pitchford from Miller, dated 9/24/04, re: IEP meeting and Miller being asked to sign IEP. | | |
|---|---|---|---|
| 27. | Dep, DX-15, Typed summarization of Miller's visit with Dr. Andrews and Singletary on 9/24/04, signed by Virginia Singletary. | | |
| 28. | Dep, DX-16, Document titled "Concerns Expressed by Nancy Miller," signed by Virginia Singletary. | | |
| 29. | Dep, DX-17, Letter to Parris from Dr. Andrews, undated, re: concerns about Miller. | | |
| 30. | Dep, DX-18, Letter to Parris from HCHS, undated, signed by Ezell and Strange, re: record of events involving Miller. | | |
| 31. | Dep, DX-19, Email from Miller to Jones, dated 9/26/04, 1:08PM, re: Miller 9/24. | | |
| 32. | Dep, DX-20, Internship Observation 2, dated 9/30/04, signed by Miller and Ruediger. | | |
| 33. | Dep, DX-21, Miller Debriefing, dated 9/30/04, prepared by Ruediger. | | |
| 34. | Dep, DX-22, Report of Observation for Nancy Miller Visit 2, dated 10/1/04, prepared by Miller. | | |
| 35. | Dep, DX-24, Email from Miller to Jones cc: Parris, dated 10/1/04, 3:29PM, re: Nancy Miller. | | |
| 36. | Dep, DX-25, Email from Cynthia Lumpkin to Parris cc: Ruediger, dated 10/6/04, 12:15PM, re: debriefing with Nancy Miller. | | |
| 37. | Dep, DX-26, Letter to Lord from Parris, dated 10/18/04, re: termination of Miller's internship. | | |
| 38. | Dep, DX-27, Letter to Jones from Miller, undated, re: continuing internship at another school. | | |
| 39. | Dep, DX- 28, Letter to Miller from Lord, dated 10/19/04, re: termination of employment internship. | | |
| 40. | Dep, DX-29, Professional Internship Program Handbook, Fall 2004 (25 pages) AND Plaintiff's courses and grades at TSUD (Plaintiff's Response #6 to HCBOE 1st RFP). | | |
| 41. | Dep, DX-30, Professional Comments, dated 9/30/04, prepared by Miller. | | |
| 42. | Dep, DX-31, Blog entry by Miller, subject: RE: Surprises, dated 9/11/04, 6:10pm | | |
| 43. | Dep, DX-32, Email from Miller to Parris, dated | | |

3

|     |                                                                                                                                                                                                    |  |  |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -- | -- |
|     | 9/26/04, 1:08PM, re: Nancy Miller 9/24                                                                                                                                                             |  |  |
| 44. | Dep, DX-33, 2004/2005 Scholastic calendar belonging to Miller for the period of 8/04-10/04                                                                                                         |  |  |
| 45. | Dep, DX-34, T.E.P Meeting minutes for 11/30/04 meeting attended by: Pam Parris, Jim Windle, Greg Ruediger, Victoria Morin, Elizabeth Fell, Cynthia Lumpkin, Cynthia Hicks, Gary Manfready, Rita Farver, and JoAnn McFarland |  |  |
| 46. | Dep, PX-1, HCBOE, Lord, Pitchford, Andrews, Strange, and Ezell Answer to complaint                                                                                                                 |  |  |
| 47. | Dep, PX-2, Professional Internship Program Handbook Excerpts                                                                                                                                       |  |  |
| 48. | Dep, PX-3, Letter to Kenneth Lord from Joseph Morton, Interim State Superintendent of Education, dated March 12, 2004 with copy of Focused Monitoring Report.                                      |  |  |
| 49. | Dep, PX-4, Letter to Tim Pitchford from Joseph Morton, State Superintendent of Education, dated May 12, 2006 with copy of Focused Monitoring Report.                                               |  |  |
| 50. | Dep, PX-5, Declaration of Sandra Jones                                                                                                                                                             |  |  |
| 51. | Dep, PX-6, Nancy Miller personnel file from Dothan City Schools                                                                                                                                    |  |  |
| 52. | Dep, PX-7, PEPE Evaluation, dated March 13, 2007                                                                                                                                                   |  |  |
| 53. | Dep, PX-8, Plaintiff's In/Out signature card                                                                                                                                                       |  |  |
| 54. | December 6, 2004 meeting minutes of the Houston County Board of Education.                                                                                                                         |  |  |
| 55. | Affidavit of Nancy Miller.                                                                                                                                                                         |  |  |
| 56. | Affidavit of James D. Sears                                                                                                                                                                        |  |  |
|     |                                                                                                                                                                                                    |  |  |
|     |                                                                                                                                                                                                    |  |  |

The foregoing is submitted subject to Plaintiff's reservation of rights upon the same terms asserted in similar filings by any Defendants.

                          Respectfully submitted,

                            s/Winn Faulk
                          WINN FAULK (ASB-3091-L48W)
                          Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL 36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net


___s/Thomas K. Brantley_____
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net


## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.
Hardwick, Hause, & Segrest
P.O. Box 1469
Dothan, AL  36302

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com

Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203


Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell
400 Boardman Drive
Chelsea, AL  35043


                                          s/Winn Faulk
                                        WINN FAULK (ASB-3091-L48W)
                                        Attorney for Plaintiff