IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MILLER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| | * | |
| v. | * | Case No. **1:06-cv-940-MEF** |
| | * | |
| | * | |
| HOUSTON COUNTY BOARD OF | * | |
| EDUCATION; | * | |
| KENNETH LORD; | * | |
| RILEY JOE ANDREWS; | * | |
| TIM PITCHFORD; | * | |
| PAUL STRANGE; | * | |
| STACY EZELL; | * | |
| TROY UNIVERSITY, DOTHAN; | * | |
| SANDRA JONES; | * | |
| PAM PARRIS; | * | |
| and | * | |
| GREG RUEDIGER, | * | |
| | * | |
| DEFENDANTS. | * | |

**Plaintiff's Witness List**

Plaintiff Nancy Miller expects to call witnesses listed by Defendants Houston County Board of Education; Kenneth Lord; Riley Joe Andrews; Tim Pitchford; Paul Strange; Stacy Ezell; Troy State University, Dothan; Sandra Jones; Pam Parris; and Greg Ruediger at trial. In addition, Plaintiff expects to call the following witnesses, pursuant to Rule 26(a)(3) of the FCRP , except for those who may be called solely for impeachment purposes:

1. Plaintiff; c/o Thomas K. Brantley, Jr., Esq.; 401 North Foster Street, Dothan, AL  36303;

2. Maj. Terry L. Miller, c/o Thomas K. Brantley, Jr., Esq.; 401 North Foster Street, Dothan, AL  36303;

3. James D. Sears, Esq.; 816-A Manci Drive, Daphne, AL  36526  (251) 621-3485;

1

4. Starla Smith, address unknown to Plaintiff at this time;

5. Cathy Keasler, c/o HCBOE;

6. Barbara Hamm, c/o HCBOE;

7. Lisa Towns, c/o HCBOE;

8. Larry Norris, c/o Dothan City Board of Education; and

9. All of the Defendants and all witnesses listed by Defendants.

Respectfully submitted,

 s/Winn Faulk
WINN FAULK (ASB-3091-L48W)
Attorney for Plaintiffs

FAULK & REED, L.L.P.
524 South Union Street
Montgomery, AL  36104
(334) 834-2000 (phone)
(334) 834-2088 (fax)
winnfaulk@bellsouth.net


    s/Thomas K. Brantley
THOMAS K. BRANTLEY, JR.
(ASB-0595-E55T)
Attorney for Plaintiff


BRANTLEY & MCLENDON, L.L.C.
401 North Foster Street
Dothan AL 36303
(334) 793-9009 (phone)
(334) 793-2037
tombrantley@graceba.net

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system, which will send notification of such filing to the following:

Jere C. Segrest, Esq.
E-mail:  jerecs@aol.com
and
James K. Walding, Esq.
E-mail:  kwalding2003@yahoo.com
Attorneys for Houston County BOE et al.
Hardwick, Hause, & Segrest
P.O. Box 1469
Dothan, AL  36302

Joseph V. Musso, Esq.
E-mail:  joseph.musso@odnss.com
James C. Pennington, Esq.
James.pennington@odnss.com
and
Peyton Lacy, Jr., Esq.
Peyton.lacy@odnss.com
Ogletree, Deakins, Nash, Smoak, & Stewart
Attorneys for Troy University, et al.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203

Mark S. Boardman
E-mail:  mboardman@boardmancarr.com,
and
Katherine C. Hortberg
E-mail:  khortberg@boardmancarr.com,
Boardman, Carr, Hutcheson
Attorneys for Paul Strange and Stacy Ezell
400 Boardman Drive
Chelsea, AL  35043

          s/Winn Faulk
          WINN FAULK (ASB-3091-L48W)
          Attorney for Plaintiff

3