### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-CV-940-WKW |
| TROY UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF CHRISTOPHER MIXON

COMES NOW Christopher A. Mixon of the law firm of Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203, and hereby enters his appearance as additional counsel on behalf of Troy University at Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris.

Respectfully submitted,

s/ Christopher A. Mixon
Bar No: ASB-8585-N77C
***Attorney for Defendants Troy University, et al***
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000
Email: christopher.mixon@ogletreedeakins.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley
E-mail: brantleymcle@graceba.net

Winn Faulk
E-mail: winnfaulk@bellsouth.net

James K. Walding
E-mail: kwalding@graceba.net

Jere C. Segrest
E-mail: jerecs@aol.com

Katherine C. Hortberg
E-mails: khortberg@boardmancarr.com
         mail@bcwhlaw.com

Joseph V. Musso
Email: Joseph.Musso@ogletreedeakins.com

Peyton Lacy, Jr.
Peyton.Lacy@ogletreedeakins.com

James C. Pennington
Email: James.Pennington@ogletreedeakins.com

                                        s/ Christopher A. Mixon
                                        OF COUNSEL