IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MILLER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-CV-940-WKW |
| TROY UNIVERSITY, et al., ) | |
| ) | |
|     Defendants. ) | |

## MOTION FOR CONTINUANCE OF TRIAL DATE

COME NOW the Defendants, Troy University-Dothan, Dr. Sandra Jones, Dr. Greg Ruediger, and Pam Parris and respectfully move for a 90-day continuance of the trial setting. In support of their motion, Defendants state as follows:

1. This case is currently set for trial on March 17, 2008. Defendants have moved for a summary judgment as to all claims, and that motion is currently pending.

2. Lead counsel for Defendants, Joseph V. Musso is resigning from this firm, Ogletree, Deakins, Nash, Smoak & Stewart, and wishes to do so on or about February 15, 2008. Mr. Musso will not continue his representation of Defendants after that date if that is the actual date of his resignation. However, because of two pieces of pending litigation with

March trial dates, Mr. Musso has agreed to stay on with Ogletree, Deakins a few more weeks if necessary.

  3. However, the current trial date in this matter conflicts with the trial date of an older-filed case for which Mr. Musso is also lead trial counsel. That case, *SCR Debris, et al. v. Ingersoll Rand Company, et al.,* CV-0643-CG-C, which is pending before the Honorable Chief Judge Callie V. S. Granade of the Southern District of Alabama, was filed on October 10, 2006, six days before the instant action. It is also set for trial for March 17, 2008. Mr. Musso will submit a letter to Judge Granade's office on February 13, 2006, advising of the conflicting trial dates.

  4. James C. Pennington will assume responsibility as lead counsel for the Defendants in the instant case based on Mr. Musso's anticipated resignation from Ogletree, Deakins. However, the current trial date in this matter conflicts with the trial date of an older-filed case for which Mr. Pennington is also lead trial counsel. That case, *Water Works and Sewer Board of the City of Anniston, Alabama v. Oxford Water Works and Sewer Board, et al.,* CV-06-1454, which is pending before Honorable Karen Bowdre of the Northern District of Alabama, was filed on July 26, 2006, three months before the instant action. Mr. Pennington wrote to this Court

and to Judge Bowdre on February 11, 2008, advising of the conflicting trial dates.

5. Christopher A. Mixon, of the Ogletree Deakins firm, filed a notice of appearance as additional counsel for the Defendants on February 11, 2008. Mr. Mixon has had no previous involvement with this matter.

6. Defendants believe that a 90-day continuance of the trial date will be in the interest of all parties and be in the interests of justice. The continuance will provide an opportunity for the Court to consider and rule on the pending motion for summary judgment. In the event that the motion is granted, all parties will avoid the expense of preparing for trial. In the event that the motion is denied, the continuance will resolve the conflict with the trial date in the *Anniston Water Works Board* case in which Mr. Pennington is lead trial counsel, and it will afford Mr. Mixon with an opportunity to become familiar with this case.

7. No party will be prejudiced by a 90-day continuance.

WHEREFORE, the premises considered, Defendants respectfully request that the Court enter an order continuing the trial date in this matter by no less than 90 days.

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Joseph V. Musso
Christopher A. Mixon
***Attorneys for Defendants Troy University, et al***
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
Email: joseph.musso@ogletreedeakins.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Thomas Kirven Brantley
E-mail:  brantleymcle@graceba.net

Winn Faulk
E-mail:  winnfaulk@bellsouth.net

James K. Walding
E-mail:  kwalding@graceba.net

Jere C. Segrest
E-mail:  jerecs@aol.com

Katherine C. Hortberg
E-mails:  khortberg@boardmancarr.com
          mail@bcwhlaw.com

Joseph V. Musso
Email: Joseph.Musso@ogletreedeakins.com

Peyton Lacy, Jr.
Peyton.Lacy@ogletreedeakins.com

James C. Pennington
Email: James.Pennington@ogletreedeakins.com

                s/ Joseph V. Musso
                OF COUNSEL

5489588.1